**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Advanced Pavement Group LLC, | Case No. 21 -____ (___) |
| Debtor. | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") of Advanced Pavement Group LLC, Pavement Holdings, LLC, and Refined Products Company, Inc. (collectively, the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") are unaudited and have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by the Debtors' management with the assistance of its advisors. Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete, based on information that was available at the time of preparation, the Schedules and Statements remain subject to further revision and verification by the Debtors. Subsequent receipt or discovery of information may result in material changes in financial and other data contained in the Schedules and Statements. Moreover, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend or supplement the Schedules and Statements from time to time as may be necessary or appropriate. These notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.      On March 18, 2021 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Except as otherwise noted, all asset and liability information is as near as possible to the Petition Date.

2.      The Debtors and their officers, agents, and attorneys do not guarantee or warrant the accuracy, completeness or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their officers, agents, and attorneys expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their officers, agents, and attorneys be liable to any third party for any direct, indirect, incidental, consequential

or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

3.      The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

4.      Based on the information available at the time of preparation, the Debtors' management made every reasonable effort to ensure the Schedules and Statements are as accurate and complete as possible, but inadvertent errors or omissions may have occurred.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules or Statements are complete.  Subsequent information or discovery may result in material changes to these Schedules or Statements.

5.      For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of any claimant.

6.      Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated" or is not subject to objection.  The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

7.      All amounts shown in the Schedules and Statements are in U.S. Dollars.

8.      Wherever possible, amounts owed as of the Petition Date are presented.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In some cases, the amounts are listed as $0.00 or "Unknown." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtors' total liabilities.

9.      Certain of the Schedules and Statements may list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.  Accordingly, the actual unpaid claims of creditors that may be allowed in the Debtors' cases may differ from the amounts set forth in the Schedules and Statements.

10.     The Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA.   However, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate.

2

11.     Despite reasonable efforts to identify all known assets, the Debtors might not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under relevant non-bankruptcy laws to recover assets.  The Debtors reserve any and all rights with respect to any causes of action it may have, and neither these Global Notes, nor the Schedules shall be deemed a waiver of any such right or cause of action.

12.     In the circumstance where the Schedules and Statements require information regarding insiders and/or officers and directors, the Debtors have attempted to include therein the Debtors' (a) "directors" (or persons in similar positions), and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Certain employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

13.     These Global Notes are in addition to the specific notes set forth in the individual Schedules and Statements.  Disclosure of information in one Schedule, Statements, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statements, exhibit or continuation sheet.

14.     The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of the Schedules and Statements as and to the extent necessary or as they deem appropriate.

15.     In the event that the specific notations on the Schedules and Statements conflict or contradict these Global Notes, these Global Notes shall control.

16.     The Schedules, Statements, and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

**Specific Notes**

17.     <u>Schedule D</u>:  Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature or amount of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided on Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the

Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.

The Debtors are aware that certain subcontractors have filed liens against the Debtors, however the Debtor believes that the property encumbered by such liens is not owned by the Debtors or is no longer owned by the Debtors and such entity does not have a claim against the Debtors but rather against another entity listed on Schedule F.

18.     Disputed, Contingent and/or Unliquidated Claims:  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability, or status or to otherwise designate any claim as disputed, contingent or unliquidated.

19.     Schedule G:  Certain information, such as contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or unexpired lease was in effect on the Petition Date or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

20.     Schedule H:  Schedule H reflects guarantees or other obligations by various of the Debtors' affiliates of obligations primarily vested in other related affiliates.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtors reserve their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or to be unenforceable.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

Debtor name    **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.....................................................................................................    $ _____ 0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................................    $ _____ 405,286.40

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*...................................................................................................    $ _____ 405,286.40

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____ 23,158,775.07

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ 0.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 9,297,566.59

4.    Total liabilities ........................................................................................................................
     Lines 2 + 3a + 3b      $ _____ 32,456,341.66

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Advanced Pavement Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Operating Account** | **1847** | $12,335.61 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $12,335.61

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **RCS Realty** | $12,600.00 |
|---|---|---|
| 7.2. | **19-23 West Beech Street LLC** | $13,063.34 |
| 7.3. | **Roy Realty LLC** | $11,956.05 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **DE Real Estate Taxes (7/1/20 - 6/30/21)City of Wilmington** | $246.05 |
| 8.2. | **New Castle County Property Taxes(7/1/20 - 6/30/21)** | $323.18 |
| 8.3. | **New Castle County Property Taxes (7/1/20 - 6/30/21)** | $3,773.12 |
| 8.4. | **PA Property Taxes (9/1/20 - 8/31/21)1060 Boot Road** | $4,966.88 |
| 8.5. | **Sage Annual Subscription (2/20/20 - 2/19/21)** | $1,335.25 |
| 8.6. | **HCSS Payment (4/1/20 - 3/31/21)** | $6,416.70 |
| 8.7. | **Insite Annual Subscription (6/1/20 - 5/31/21)** | $1,046.37 |
| 8.8. | **CDW Sonic Wall License (8/1/20 - 7/31/21)** | $1,119.59 |
| 8.9. | **Lincoln Insurance Key Persons Life Insurance (8/1/20 - 7/31/21)** | $3,712.50 |
| 8.10. | **Prudential Key Man's Life Insurance (11/1/20 - 10/31/21)** | $4,473.76 |

9. **Total of Part 2.** $65,032.79
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

| Debtor | **Advanced Pavement Group, LLC** | Case number *(If known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Stamp Meter (Pitney Bowes, NY) | $0.00 | | $0.00 |
| Cloud Computing Services (salesforce.com, inc.) | $0.00 | | $0.00 |
| Phone System (TeleCloud) | $0.00 | | $0.00 |
| Copier Contract (12/23/2020) (Wells Fargo, PA) | $0.00 | | $0.00 |
| Copier Contract (6/16/2020) (Wells Fargo, NY) | $0.00 | | $0.00 |
| Software Licensing Agreement (Core International LLC) | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|--|--|
| | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**                                Case number *(If known)* _____
                  Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites Powerhousepaving.com, Powerhousemaintenance.com, Asphaltpaving.com, Asphaltpaving.co, Powerhousepaving.co, Commercialdot.com, Parkinglotdot.com, Pamsweeping.com Parkingareamaintenance.co, Parkingareaservices.com, Orangeindustries.com, Orangeseweranddrain.com Orangeenvironmental.com, Orangedraincleaning.com suprememetro.com, advancedpavementgroup.com greenwaysplus.com, budgetsweeping.com facilitiesservicesgroup.com, easmuntpaving.com dmalloypaving.com, apgc.com** | **Unknown** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Advanced Pavement Group, LLC**                                    Case number *(If known)* _____
          Name

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

       | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
|  | **Captive Insurance Equity** | $31,000.00 |
|  | **Prepaid Insurance Premiums Paid to Captive Insurer** | $251,343.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Jayfield Excavating**<br>**Superior Court of New Jersey**<br>**Atlantic County**<br>**Docket No. ATL L-2999-20** | $45,575.00 |
|  | Nature of claim         **Breach of Contract** | |
|  | Amount requested                    **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**                                    Case number *(If known)* _____
_____
Name

78.    **Total of Part 11.**                                                                      | **$327,918.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,335.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $65,032.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $327,918.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $405,286.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $405,286.40 |

**Fill in this information to identify the case:**

Debtor name **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **19-23 West Beech Street LLC** | | |
|---|---|---|---|

Creditor's Name

**19-23 West Beech Street Islip, NY 11751**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Security Deposit**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** | **$0.00**

| 2.2 | **CIBC Bank USA** | | |
|---|---|---|---|

Creditor's Name

**120 Lasalle Street Chicago, IL 60603**

Creditor's mailing address

chris.lynch@cibc.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7987**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**First Priority Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,480,509.78** | **$0.00**

Debtor **Advanced Pavement Group, LLC**
Name

Case number (if known) _____

---

| 2.3 | **CIBC Bank USA** | Describe debtor's property that is subject to a lien | $1,752,360.09 | $0.00 |

Creditor's Name

**120 Lasalle Street**
**Chicago, IL 60603**

Creditor's mailing address

**chris.lynch@cibc.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7964**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

**Describe the lien**
**First Priority Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CIBC Bank USA** | Describe debtor's property that is subject to a lien | $11,500.00 | $0.00 |

Creditor's Name

**120 Lasalle Street**
**Chicago, IL 60603**

Creditor's mailing address

**chris.lynch@cibc.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7956**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

**Describe the lien**
**First Priority Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CIBC Bank USA** | Describe debtor's property that is subject to a lien | $21,531.00 | $0.00 |

Creditor's Name

**120 Lasalle Street**
**Chicago, IL 60603**

Creditor's mailing address

**chris.lynch@cibc.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7931**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All Assets**

**Describe the lien**
**First Priority Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **DCCP-Powerhouse Holding, LLC** | Describe debtor's property that is subject to a lien | $4,632,656.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**c/o Dubin Clark & Company, Inc.**
**323 Newbury Street**
**Boston, MA 02115**
Creditor's mailing address

Describe the lien
**Second Priority Lien Pursuant to Subordination Agreement with CIBC Bank USA**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/6/2016**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Joseph J. Tinney, Jr.** | Describe debtor's property that is subject to a lien | $304,780.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**17 Robin Hill Way**
**323 Newbury Street**
**Ringoes, NJ 08551**
Creditor's mailing address

Describe the lien
**Second Priority Lien Pursuant to Subordination Agreement with CIBC Bank USA**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/6/2016**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Michael Kmiec** | Describe debtor's property that is subject to a lien | $548,604.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**1401 Whispering Woods Drive**
**323 Newbury Street**
**Williamstown, NJ 08094**
Creditor's mailing address

Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor    **Advanced Pavement Group, LLC**                                    Case number (if known) _____
          _____
          Name

**Second Priority Lien Pursuant to Subordination Agreement with CIBC Bank USA**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/6/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Resolute Capital Partners Fund III, L.P.** | | | $7,406,834.20 | $0.00 |

Creditor's Name

**20 Burton HillsBLvd**
**Nashville, TN 37215**

Creditor's mailing address

**caroline.ducas@resolute.com**

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Second Priority Lien Pursuant to Subordination Agreement with CIBC Bank USA**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/6/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $23,158,775.07 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**101 Riverview Ave**<br>**101 Riverview Ave**<br>**Englewood, NJ 07631**<br><br>Date(s) debt was incurred **11/30/2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**1054 Jerusalem Ave LLC**<br>**1040 Brookside Ave**<br>**Uniondale, NY 11553**<br><br>Date(s) debt was incurred **5-28-2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**1255 Main Street Urban Renewal, LLC**<br>**111 Magee Avenue**<br>**Lavallette, NJ 07835**<br><br>Date(s) debt was incurred **8-28-2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**26 Main Street**<br>**26 Main Street**<br>**Chatham, NJ 07928**<br><br>Date(s) debt was incurred **11/12/2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| Debtor | **Advanced Pavement Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**29th Street Corp.**
**49 W 45th Street, FL 4**
**New York, NY 10036-4603**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3 University Plaza Dr.**
**3 University Plaza Dr.**
**Hackensack, NJ 07601**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3G Development Corp.**
**110 Knickerbocker Ave, Suite A**
**Bohemia, NY 11716**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-13-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**450 Tilton Road Northfield LLC**
**450 Tilton Road**
**Suite 220**
**Northfield, NJ 08225**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-15-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**46 Windsor LLC**
**4155 Veterans Hwy**
**Ronkonoma, NY 11779**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3-30-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**47 Bell Associates**
**c/o Pristine Property Solution**
**30-05 45th Street**
**Astoria, NY 11103**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-30-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**727 Route 625**
**727 Route 625**
**Hampton, NJ 08827**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**777 Passaic Ave**
**777 Passaic Avenue**
**Clifton, NJ 07012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3-20-2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.34** |
|---|---|---|---|

**9 Brothers Building Supply Cor**
**1670 Islip Avenue**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A Plus Striping Inc.**
**12 Primrose Lane**
**Glennwood, NJ 07418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-31-2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,040.00** |
|---|---|---|---|

**A Plus Striping, Inc.**
**PO Box 413**
**Glenwood, NJ 07418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,668.00** |
|---|---|---|---|

**A-1 STRIPING, INC.**
**902 IRISH BANK ROAD**
**Newark, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.09** |
|---|---|---|---|

**A. G. Allegach Inc.**
**P.O. Box 321**
**1690 Quarry Road**
**Kulpsville, PA 19443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,442.50** |
|---|---|---|---|

**A. Vaz**
**87 Mercury Ave.**
**Colonia, NJ 07067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
Aaron Wilson
101 Brooks Drive
Middletown, DE 19709

Date(s) debt was incurred  10/26/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.20** | Nonpriority creditor's name and mailing address
Abacus Capital Group
420 Lexington Ave
Suite 2821
New York, NY 10170

Date(s) debt was incurred  7-31-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.21** | Nonpriority creditor's name and mailing address
Accredited Property Management
175 Broadhollow Road
Melville, NY 11747

Date(s) debt was incurred  8-26-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.22** | Nonpriority creditor's name and mailing address
ACF ENVIRONMENTAL
P O BOX 745875
Atlanta, GA 30374-5875

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$382.00**

---

**3.23** | Nonpriority creditor's name and mailing address
Action Supply
1413 Stagecoach Road
Ocean View, NJ 08230

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$2,092.61**

---

**3.24** | Nonpriority creditor's name and mailing address
AD Real Estate Investors, Inc.
45 Cuttermill Rd
Suite 1
Great Neck, NY 11021

Date(s) debt was incurred  10/28/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.25** | Nonpriority creditor's name and mailing address
Adam Henderson
5445 Doral Drive
Wilmington, DE 19808

Date(s) debt was incurred  3-26-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,936.31** |
|---|---|---|---|

**ADAMS AUTO PARTS-NAPA**
**1601 NORTHEAST BLVD.**
**Wilmington, DE 19802-5119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,355.00** |
|---|---|---|---|

**ADVANCE SCALE OF MARYLAND-SERV**
**2400 EGG HARBOR ROAD**
**Clementon, NJ 08021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advanced Geo Services**
**500 Hercules Road**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **10/20/2020**

**Basis for the claim:**  **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advanced Pavement Technologies**
**17 Old Rudetown Road**
**Vernon, NJ 07462**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **5-21-2020**

**Basis for the claim:**  **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,870.23** |
|---|---|---|---|

**AE Stone Incorporated**
**1435 Doughty Road**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Air National Guard**
**2600 Spruance Street**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **7-31-2020**

**Basis for the claim:**  **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,384.45** |
|---|---|---|---|

**Airgas East, Inc.**
**PO Box 734445**
**Chicago, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,930.74** |
|---|---|---|---|
| | **Airweld Inc.** | ☐ Contingent | |
| | **94 Marine Street** | ☐ Unliquidated | |
| | **Farmingdale, NY 11735** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Al Guarente** | ■ Contingent | |
| | **421 S. Old Middletown Road** | ■ Unliquidated | |
| | **Media, PA 19063** | ☐ Disputed | |
| | Date(s) debt was incurred  **8-21-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|
| | **Alarm Management Program of Su** | ☐ Contingent | |
| | **30 YAPHANK AVENUE** | ☐ Unliquidated | |
| | **Yaphank, NY 11980** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Albert Jezyk** | ■ Contingent | |
| | **420 Strickville Road** | ■ Unliquidated | |
| | **Landenberg, PA 19350** | ☐ Disputed | |
| | Date(s) debt was incurred  **9-15-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$546.50** |
|---|---|---|---|
| | **Alere eScreen Inc.** | ☐ Contingent | |
| | **PO Box 734768** | ☐ Unliquidated | |
| | **Dallas, TX 75373-4768** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Alexander Wolf and Company, Inc.** | ■ Contingent | |
| | **245 East 35th Street** | ■ Unliquidated | |
| | **New York, NY 10016** | ☐ Disputed | |
| | Date(s) debt was incurred  **8-26-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Alfieri Property Management** | ■ Contingent | |
| | **399 Thormall St** | ■ Unliquidated | |
| | **Ste 15** | ☐ Disputed | |
| | **Edison, NJ 08837** | | |
| | Date(s) debt was incurred  **12/23/2020** | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,161.25** |
|---|---|---|---|

**Ali Al Trucking LLC**
**273 Giles Road**
**Bridgeton, NJ 08302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aliano Brothers**
**2560 Industrial Way**
**Suite A**
**Vineland, NJ 08360**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __8-24-2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alice Shannon**
**45 Centerville Terrace**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/13/2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.32** |
|---|---|---|---|

**All Island Equipment Corp.**
**39 Jersey Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Seasons Maintenance Inc.**
**22 South Hope Chapel Road**
**Jackson Township, NJ 08527**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/30/2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,243.32** |
|---|---|---|---|

**All System Brakes Service Inc.**
**110 Wyandanch Avenue**
**Wyandanch, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allan Myers Inc.**
**1805 Berks Road**
**Norristown, PA 19403**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __4-28-2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address
ALLAN MYERS MATERIALS
PO BOX 824571
Philadelphia, PA 19182-4571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$148,293.06**

---

**3.48** | Nonpriority creditor's name and mailing address
Alley Windsor, LLC
104 Windsor Center Drive
East Windsor, NJ 08520

Date(s) debt was incurred __8-31-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.49** | Nonpriority creditor's name and mailing address
Allstate Sales Group
123 West Market Street
Georgetown, DE 19947

Date(s) debt was incurred __3-31-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address
Allyson Larish
511 Hagey Place
Trappe, PA 19426

Date(s) debt was incurred __7-23-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51** | Nonpriority creditor's name and mailing address
Amerenna Bhat
209 Margaret Way
Kennett Square, PA 19348

Date(s) debt was incurred __7-27-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.52** | Nonpriority creditor's name and mailing address
American Bituminous
100 Main Street
Mount Ephraim, NJ 08059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$285,383.46**

---

**3.53** | Nonpriority creditor's name and mailing address
American Red Cross
2221 Chestnut Street
Philadelphia, PA 19103

Date(s) debt was incurred __11/20/2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Amherst Mews
25 Amherst Drive
Basking Ridge, NJ 07920

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/16/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Amneal Pharmaceuticals
400 Crossing Boulevard, 3rd Floor
Bridgewater, NJ 08807

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Anchor Boats
448 Mauldin Avenue
North East, MD 21901

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Anchor Health Properties
216 South Orange Street
Media, PA 19063

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,484.38**

Andek Corporation
850 Glen Avenue
Moorestown, NJ 08057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrea Kauffman
143 Royer Drive
Collegeville, PA 19426

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  7-13-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrea Martin
218 Sunny Dell Road
Avondale, PA 19311

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-28-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Advanced Pavement Group, LLC**                                Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Andrea Pipes**<br>**16 Village Court**<br>**Wilmington, DE 19805** | As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **5-14-2020** | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Andron Trucking LLC**<br>**P.O. Box 672**<br>**Edison, NJ 08818-0672** | As of the petition filing date, the claim is: *Check all that apply.*                **$16,637.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  _ | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Andy Podolsky**<br>**1012 Overbrook Road**<br>**Wilmington, DE 19807** | As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **9-25-2020** | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Angel Veintimilla Trucking LLC**<br>**142 Cedar Hill Avenue**<br>**Belleville, NJ 07109** | As of the petition filing date, the claim is: *Check all that apply.*                **$680.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  _ | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Animal Clinic of Buena**<br>**3530 Oak Road**<br>**Vineland, NJ 08360** | As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **4-09-2020** | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Ann Liarakos**<br>**6 Barley Mill Drive**<br>**Wilmington, DE 19807** | As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **10/26/2020** | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Ann Wier**<br>**3919 Heather Road**<br>**Hockessin, DE 19707** | As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **6-08-2020** | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | **Unknown**

**Anne Adams**
**2967 Wrangle Hill Road**
**Bear, DE 19701**

Date(s) debt was incurred  **8-28-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | **Unknown**

**Ansul Construction**
**1122 Baltimore Pike**
**Springfield, PA 19064**

Date(s) debt was incurred  **12/30/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | **Unknown**

**Anthony Allen**
**45 Hengst Farm Lane**
**Smyrna, DE 19977**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | **Unknown**

**Anthony Dalto**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | **$1,360.00**

**Anthony Phillip Enterprises**
**21 Dead River Road**
**Warren, NJ 07059**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | **Unknown**

**Anthony Ruggiero**
**123 Candlewyck Drive**
**Avondale, PA 19311**

Date(s) debt was incurred  **8-25-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | **$1,128.55**

**Any Part Auto Stores**
**35 Bayshore Road**
**Bay Shore, NY 11706**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Aon  Risk Services Central, In**
**Aon Risk Services-Illnois**
**P.O. Box 956012**
**Saint Louis, MO 63195-6012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$735,698.00**

---

**3.76** | **Nonpriority creditor's name and mailing address**
**Apple Bank For Savings**
**122 East 42nd Street**
**New York, NY 10168**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.77** | **Nonpriority creditor's name and mailing address**
**AQUAFLOW PUMP & SUPPLY CO., IN**
**P O BOX 98**
**Bear, DE 19701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$419.68**

---

**3.78** | **Nonpriority creditor's name and mailing address**
**AQUARIUS WATER, LLC**
**P O BOX 3060**
**Wilmington, DE 19804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$81.00**

---

**3.79** | **Nonpriority creditor's name and mailing address**
**Arbor Point HOA**
**2225 Dorchester Street**
**Feasterville-Trevose, PA 19053**

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.80** | **Nonpriority creditor's name and mailing address**
**Arbors at Bohemia; The**
**1065 Smithtown Ave**
**Bohemia, NY 11716**

Date(s) debt was incurred  **1-04-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Arbors At Hauppauge; The**
**1740 Express Dr. S**
**Hauppauge, NY 11788**

Date(s) debt was incurred  **1-15-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Advanced Pavement Group, LLC**                              Case number *(if known)* _____
_____
Name

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arbors at Islandia East; The**
**1515 Veterans Memorail Hwy**
**Islandia, NY 11749**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _12/8/2020_

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arbors at Westbury; The**
**45 Jericho Tpke**
**Jericho, NY 11753**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _1-04-2021_

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Archetto Construction**
**1400 West Landis Ave**
**Vineland, NJ 08360**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _9-30-2020_

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arden Keen**
**3 Riva Ridge Lane**
**Bear, DE 19701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _6-16-2020_

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,880.00** |
|---|---|---|---|

**Armani Wheels, Inc.**
**18 Deerfield Drive**
**New City, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,287.50** |
|---|---|---|---|

**Arrive Alive Traffic Control**
**P.O. Box 607191**
**Orlando, FL 32860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.41** |
|---|---|---|---|

**ARTESIAN WATER**
**PO BOX 15069**
**Wilmington, DE 19886-5069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.89**

Nonpriority creditor's name and mailing address

**Aspen at Edison**
c/o Access Property Management
1090 King Georges PostRd  301
Edison, NJ 08837

Date(s) debt was incurred  **6-05-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.90**

Nonpriority creditor's name and mailing address

**Aspen Grove**
120 East Street Road
A2-05
Warminster, PA 18974

Date(s) debt was incurred  **10/28/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.91**

Nonpriority creditor's name and mailing address

**Aspen Property Management**
14 S. Main Street
North East, MD 21901

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.92**

Nonpriority creditor's name and mailing address

**Asphalt Industries, Inc**
169 Township Line Road
Chester, PA 19013

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,440.00**

---

**3.93**

Nonpriority creditor's name and mailing address

**Asphalt Maintenance Solutions**
P.O. Box 387
Center Valley, PA 18034

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,671.46**

---

**3.94**

Nonpriority creditor's name and mailing address

**Asphalt Paving Systems, Inc.**
PO BOX 530
500 No. Egg Harbor Road
Hammonton, NJ 08037

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,360.83**

---

**3.95**

Nonpriority creditor's name and mailing address

**Asphalt Supply of Long Island**
56 Comsewogue Road
East Setauket, NY 11733

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,890.99**

---

Debtor    **Advanced Pavement Group, LLC**
_____
          Name                                                    Case number *(if known)*    _____

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Asplundh**
**4809 N Dupont Hwy**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-11-2021**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159.88** |

**ASSOCIATED TRUCK PARTS**
**1075 E PHILADELPHIA AVE**
**Gilbertsville, PA 19525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$776.94** |

**Associated Truck Parts**
**1075 East Philadelphia Avenue**
**Gilbertsville, PA 19525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AssuredPartners Northeast**
**100 Baylis Road**
**Suite 300**
**Melville, NY 11747**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AST Development Corporation**
**111 Magee Avenue**
**Lavallette, NJ 07835**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-14-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.09** |

**AT & T 800 Readyline**
**P.O. Box 105068**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Atlantic City Shade Shop**
**500 Tilton Road**
**Northfield, NJ 08225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-15-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103**

**Nonpriority creditor's name and mailing address**
**Atlantic Plumbing**
**702 Joline Avenue**
**Long Branch, NJ 07740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,109.67**

---

**3.104**

**Nonpriority creditor's name and mailing address**
**AvalonBay Communities, Inc.**
**4040 Wilson Blvd.**
**Suite 1000**
**Arlington, VA 22203**

Date(s) debt was incurred  12/31/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105**

**Nonpriority creditor's name and mailing address**
**Axios Inc.**
**1401 Shore Road**
**Northfield, NJ 08225**

Date(s) debt was incurred  8-14-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**

**Nonpriority creditor's name and mailing address**
**B & B Reclamation, Inc.**
**2624 W. Main Street**
**P.O. Box 93**
**Morgantown, PA 19543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**B & F TOWING, INC.**
**449 OLD AIRPORT ROAD**
**New Castle, DE 19720-1012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,971.00**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**B Blair Corporation**
**95 Louise Drive**
**Warminster, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,105.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**B. Van Doren Incorporated**
**425 US Highway 22**
**Whitehouse Station, NJ 08899**

Date(s) debt was incurred  1-28-2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**Bainbridge - Devonshire Hills**<br>**1710 Devonshire Rd**<br>**Hauppauge, NY 11788**<br><br>Date(s) debt was incurred  **8-26-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (for 3.110)

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Baird & Rudolph Tire Co.**<br>**176 Planebrook Road**<br>**Malvern, PA 19355**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$3,251.94** (for 3.111)

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Barbara Boehmer**<br>**293 Eastridge Drive**<br>**Smyrna, DE 19977**<br><br>Date(s) debt was incurred  **9-29-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (for 3.112)

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Barnwell House of Tires Inc.**<br>**65 Jetson Lane**<br>**Central Islip, NY 11722**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$1,921.14** (for 3.113)

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**Barrett Asphalt Corporation**<br>**7503 Weymouth Road**<br>**NJ 08307**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$36,335.82** (for 3.114)

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br>**BASF Colors & Effects**<br>**100 Park Avenue**<br>**Florham Park, NJ 07932-0685**<br><br>Date(s) debt was incurred  **4-17-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (for 3.115)

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br>**Bay Point Harbour COA**<br>**1735 Bay Avenue**<br>**Point Pleasant, NJ 08742**<br><br>Date(s) debt was incurred  **3-20-2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (for 3.116)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address**
**Bayshore Recycling Corp.**
**75 Crows Mill Road**
**P.O. Box 290**
**Keasbey, NJ 08832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,170.49**

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Bayview JV, LLC**
**175 Avenue A**
**Bayonne, NJ 07002**

Date(s) debt was incurred **7-20-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119** | **Nonpriority creditor's name and mailing address**
**BC Communities**
**4905 Mermaid Blvd**
**Wilmington, DE 19808**

Date(s) debt was incurred **12/16/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120** | **Nonpriority creditor's name and mailing address**
**BCJ Trucking Inc.**
**815 Frelinghuysen Avenue**
**Newark, NJ 07114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,445.00**

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Beardslee Transmission Equipme**
**27-22 Jackson Avenue**
**Long Island City, NY 11101-2918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$223.49**

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Beaver Brook Master Assoc.**
**c/o Access Property Management**
**4 Walter E. Foran Blvd. St 311**
**Flemington, NJ 08822**

Date(s) debt was incurred **6-30-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Beechwood Organization; The**
**200 Robbins Ln**
**Jericho, NY 11753**

Date(s) debt was incurred **7-31-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Advanced Pavement Group, LLC**
     Name

Case number *(if known)*

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellecor Dr Maintenance Trust Fund**
**3 Bellecor Drive**
**New Castle, DE 19720**

Date(s) debt was incurred  9-30-2020

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bellevue Companies**
**909 Delaware Avenue**
**Wilmington, DE 19806**

Date(s) debt was incurred  12/17/2020

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett Roth**
**Walro / Rosewal Realty**
**145-76 3rd Avenue**
**Whitestone, NY 11357**

Date(s) debt was incurred  5-28-2020

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bentley Truck Services**
**244 Quigley Blvd**
**New Castle, DE 19720**

Date(s) debt was incurred  12/22/2020

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,683.80** |
|---|---|---|---|

**BENZ HYDRAULICS INC**
**153 S DUPONT HIGHWAY**
**New Castle, DE 19720**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,203.22** |
|---|---|---|---|

**Berco Fleet Service, Inc.**
**5030 E. Landis Avenue**
**Vineland, NJ 08360**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,070.93** |
|---|---|---|---|

**BERGEY'S**
**462 HARLEYSVILLE PIKE**
**Souderton, PA 18964**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address
**Bergeys Truck Center Snow Remo**

Date(s) debt was incurred  **12/30/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.132** | Nonpriority creditor's name and mailing address
**Berkshire Hills**
**c/o Taylor Management**
**P.O. Box 681312**
**Charlotte, NC 28216**

Date(s) debt was incurred  **1-20-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address
**Berryman's Branch**
**1616 Pennsylvania Ave.**
**Vineland, NJ 08361**

Date(s) debt was incurred  **10/13/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.134** | Nonpriority creditor's name and mailing address
**BET Investments Inc.**
**1075 West Baltimore Pike**
**Media, PA 19063**

Date(s) debt was incurred  **7-31-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.135** | Nonpriority creditor's name and mailing address
**Bill Baird**
**1306 Waterthrush Court**
**Middletown, DE 19709**

Date(s) debt was incurred  **12/7/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.136** | Nonpriority creditor's name and mailing address
**Bill Burge**
**118 Cassina Drive**
**Middletown, DE 19709**

Date(s) debt was incurred  **6-11-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.137** | Nonpriority creditor's name and mailing address
**Bill Slade**
**102 Sypherd Drive**
**Newark, DE 19711**

Date(s) debt was incurred  **9-28-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Bilmar Industrial Products**
**P.O.  Box 2176**
**Chester, PA 19013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,431.51**

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Bishops Plaza**
**431 US Highway 22 E**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Blair House COA**
**235 Prospect Avenue**
**Hackensack, NJ 07601**

Date(s) debt was incurred  **7-22-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Blake Hubschmidt**
**14 Carolyn Court**
**Hockessin, DE 19707**

Date(s) debt was incurred  **4-22-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Blue Flame**
**28 Gorgo Lane**
**Newfield, NJ 08344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$381.00**

---

**3.143** | **Nonpriority creditor's name and mailing address**
**Blue Marlin Construction**
**8 Edwards Court**
**Little Egg Harbor Twp, NJ 08087**

Date(s) debt was incurred  **11/11/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.144** | **Nonpriority creditor's name and mailing address**
**Blue Sky Hospitality Solutions**
**101 James Doolittle Blvd**
**Uniondale, NY 11553**

Date(s) debt was incurred  **6-22-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145**

**Nonpriority creditor's name and mailing address**
**BNC Realtors**
**564 Brookfield Drive**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,228.75**

---

**3.146**

**Nonpriority creditor's name and mailing address**
**BNYDC**
**141 Flushing Ave. Suite 801**
**Attn: Naser Gjeloshi**
**Brooklyn, NY 11205**

Date(s) debt was incurred  12/31/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Boesen Landscaping**
**P.O. Box 1134**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Borbough of Roseland**
**15 Harrison Avenue**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$640.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Borough of South Coatesville**
**136 Modena Road**
**South Coatesville, PA 19320**

Date(s) debt was incurred  5-28-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Boyd Instrumetn & Supply Co.**
**443B Easton Road**
**Horsham, PA 19044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$695.74**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Bozzuto Manamgement**
**130 Hempstead Avenue**
**West Hempstead, NY 11552**

Date(s) debt was incurred  8-25-2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)* _____

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.152**

**Nonpriority creditor's name and mailing address**
**Brae Loch Townhomes**
**30 Brae Loch Drive**
**Boonton, NJ 07005**

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**Brahin Properties**
**1535 chestnut st**
**Philadelphia, PA 19102**

Date(s) debt was incurred  **12/16/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Branchburg Centre**
**3040 Rt 22**
**Branchburg, NJ 08876**

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.155**

**Nonpriority creditor's name and mailing address**
**Branchburg Commons**
**3322 Route 22**
**West Branchburg, NJ 08876**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.156**

**Nonpriority creditor's name and mailing address**
**Brandon Walker**
**2532 Berwyn Road**
**Wilmington, DE 19810**

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.157**

**Nonpriority creditor's name and mailing address**
**Brandywine Condominiums**
**1704 North Park Drive**
**Wilmington, DE 19806**

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.158**

**Nonpriority creditor's name and mailing address**
**Brandywine Realty LLC**
**923 North Market Street**
**Patterson, NJ 07516**

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

Debtor   **Advanced Pavement Group, LLC**
_____                     Case number *(if known)*   _____
Name

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.79 |

**Brent Materials**
**325  Columbia Turnpike**
**Suite 308**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Breslin Realty**
**500 Old Country Road**
**Suite 200**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-05-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brian Berry**
**1026 Dettling Road**
**Wilmington, DE 19805**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brian Cannon**
**109 Adams Lane**
**Collegeville, PA 19426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-26-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brian Paul**
**7 Worthington Drive**
**West Grove, PA 19390**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-09-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bridget McCullough**
**513 Hagey Place**
**Collegeville, PA 19426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-23-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bridle Club at Bridgewater CA**
**c/o Integra Management Corp.**
**200 Valley Rd. Suite 203**
**Mt. Arlington, NJ 07856**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-14-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**
          _____          Case number *(if known)*    _____
          Name

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brite Realty Services, Inc.**
**Culver Drive**
**19810, DE**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4-17-2020

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.99** |
|---|---|---|---|

**Britton Industries**
**P.O. Box 6499**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brixmor Property Group**
**P.O. Box 1049**
**Hicksville, NY 11802-1049**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/15/2020

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bronstein Properties**
**PO Box 371**
**Emerson, NJ 07630**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1-01-2021

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$471.43** |
|---|---|---|---|

**Brookhaven Asphalt Materials I**
**19B Stiriz Road**
**Brookhaven, NY 11719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brownyard Group**
**21 Maple Avenue**
**Bay Shore, NY 11706**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1-01-2021

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bruce Easmunt**
**2103 East Main Street**
**Millville, NJ 08332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.173** | **Nonpriority creditor's name and mailing address**
**BRUCE INDUSTRIAL CO INC.**
**P.O. BOX 10485**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.174** | **Nonpriority creditor's name and mailing address**
**Bryan Keen**
**7 Winterbridge Court**
**Newark, DE 19711**

Date(s) debt was incurred  **10/20/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175** | **Nonpriority creditor's name and mailing address**
**Bucket Supply & Equip**
**169 US Hwy 22**
**Hillside, NJ 07205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,541.89**

---

**3.176** | **Nonpriority creditor's name and mailing address**
**Budds Grading and Excavating, LLC**
**109 Fulling Mill Rd**
**Villas, NJ 08251**

Date(s) debt was incurred  **12/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177** | **Nonpriority creditor's name and mailing address**
**By Design Landscapes**
**175 Lehigh Ave**
**Lakewood, NJ 08701**

Date(s) debt was incurred  **5-21-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178** | **Nonpriority creditor's name and mailing address**
**C Leon Trucking LLC**
**100 Grove Street**
**Bloomfield, NJ 07003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,217.50**

---

**3.179** | **Nonpriority creditor's name and mailing address**
**C Ransome Asphalt & Trucking**
**337 E. 2nd Street**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com |

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**C.M. High Inc.**
**341 King Street**
**Myerstown, PA 17067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Caddis Healthcare Real Estate**
**5910 N. Central Expressway,**
**Suite 1400**
**Dallas, TX 75206**

Date(s) debt was incurred  8-26-2020

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Caddis MOB JV, LLC**
**5910 N. Central Expressway**
**Suite 1400**
**Dallas, TX 75206**

Date(s) debt was incurred  9-14-2020

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Calpine**
**198 Hay Road**
**Wilmington, DE 19809**

Date(s) debt was incurred  4-22-2020

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,062.02** |
|---|---|---|---|

**Cambria Automotive Co. Inc.**
**P.O. Box 51061**
**Newark, NJ 07101-5161**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cambridge Heights at Nutley Umbrell**
**1 Cambridge Drive**
**Nutley, NJ 07110**

Date(s) debt was incurred  8-05-2020

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CAMCO Management**
**501 West Office Center Drive**
**Fort Washington, PA 19034**

Date(s) debt was incurred  11/30/2020

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
_____          Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Camelot at Woodfield**
**11 Brock Lane**
**Hackettstown, NJ 07840**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**
Last 4 digits of account number _____

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Campus View Plaza**
**1250 RT 28**
**Branchburg, NJ 08876**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2020**
Last 4 digits of account number _____

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Canterbury at Piscataway**
**Kensington Drive**
**Piscataway, NJ 08854**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**
Last 4 digits of account number _____

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Capital Management**
**15 America Avenue**
**Suite 301**
**Lakewood Township, NJ 08701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-15-2020**
Last 4 digits of account number _____

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$680.00** |

**CAQ Trucking LLC**
**104 N 15th Street**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Carl Baker**
**2515 Kennwynn Road**
**Wilmington, DE 19810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-23-2020**
Last 4 digits of account number _____

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$680.00** |

**Carlos Barros LLC**
**27 Helen Street**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Carol Malone**
**615 Delancey Place**
**Claymont, DE 19703**

Date(s) debt was incurred **7-13-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Carol Matikiewicz**
**179 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred **7-09-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Carriage Gate HOA**
**55 Carriage Gate Drive**
**Flemington, NJ 08822**

Date(s) debt was incurred **1-15-2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**Carrie Lucas**
**175 Lupine Drive**
**Smyrna, DE 19977**

Date(s) debt was incurred **9-30-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**CASH CUSTOMER**

Date(s) debt was incurred **1-31-2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Castillo Trucking LLC**
**46 Lexington Avenue**
**Bloomfield, NJ 07003**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,360.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Castle Bay Mgmt Services, LLC**
**350 Theodore Fremd Ave / S 210**
**Rye, NY 10580**

Date(s) debt was incurred **8-26-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Catholic Health Services of LI**
**992 N Village Ave**
**Rockville Centre, NY 11570**

Date(s) debt was incurred  **10/13/2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CBB Venture LLC**

Date(s) debt was incurred  **1-26-2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cedar Brook at Branchburg COA**
**Magnolia Lane**
**Branchburg, NJ 08876**

Date(s) debt was incurred  **6-05-2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cedar Creek Restaurant**
**14 Corwin Lane**
**Hampton Bays, NY 11946**

Date(s) debt was incurred  **8-26-2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cedar Crest**
**Mail Stop 60710350**
**P.O. Box 13600**
**Catonsville, MD 21228**

Date(s) debt was incurred  **10/23/2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cedar Realty Trust**
**44 S Bayles Avenue**
**Suite 304**
**Port Washington, NY 11050**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cedar-Carmans LLC**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Celtic Air**
**10 Indian Trail Road**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred  **9-28-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.60 |
|---|---|---|---|

**Central Tire Service Inc.**
**116 Saxon Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chancellor Properties**
**1600 Green Street**
**Philadelphia, PA 19130**

Date(s) debt was incurred  **9-21-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**charles Gerald**
**35 Airdrie Drive**
**Bear, DE 19701**

Date(s) debt was incurred  **9-21-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Magness**
**5500 Skyline Drive**
**Wilmington, DE 19808**

Date(s) debt was incurred  **9-16-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Tucker**
**21 Moonlight Court**
**Newark, DE 19702**

Date(s) debt was incurred  **4-06-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Welsh**
**3817 Marsh Road**
**Garnet Valley, PA 19060**

Date(s) debt was incurred  **6-08-2020**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlestown Township**
**4030 Whitehorse Road**
**P.O Box 507**
**Devault, PA 19432-0507**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-26-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cheryl Carncross**
**2318 Empire Drive**
**Wilmington, DE 19810**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chester Prison**
**500 East 4th Street**
**Chester, PA 19013**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-14-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chester Valley Golf Club**
**420 Swedesford Road**
**Malvern, PA 19355**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-25-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Cascio**
**201 Redberry Court**
**Hockessin, DE 19707**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Swank**
**808 North Gwynn Court**
**Bear, DE 19701**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Waite**
**27 Little Mill Lane**
**Bear, DE 19701**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-06-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.222**

**Nonpriority creditor's name and mailing address**
**Christ Church Christiana Hundred**
**505 East Buck Road**
**Wilmington, DE 19807**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223**

**Nonpriority creditor's name and mailing address**
**CHRISTIANA MATERIALS INC.**
**305 W NEWPORT PIKE**
**Wilmington, DE 19804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,332.55**

---

**3.224**

**Nonpriority creditor's name and mailing address**
**Chuck Martine**
**162 Eastridge Drive**
**Smyrna, DE 19977**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**

**Nonpriority creditor's name and mailing address**
**Chuck Raspa**
**116 Felix View Court**
**Smyrna, DE 19977**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**CIBC Bank USA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$3,100,000.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Cider Mill Professional Condos**
**22 Old Short Hills Road**
**Livingston, NJ 07039**

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Cintas**
**P.O. Box 630803**
**Cincinnati, OH 45263-0803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,251.40**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Circle Lubricants, Inc.**
**35 Drexel Drive**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.98** |
|---|---|---|---|

**CIT TECHNOLOGY FIN. SERV, INC.**
**21146 NETWORK PLACE**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Harvest**
**55-01 2nd Street**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-26-2020**

**Basis for the claim:** _Potential Warranty Claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Delaware City**
**405 5th Street**
**Delaware City, DE 19706**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3-20-2020**

**Basis for the claim:** _Potential Warranty Claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Vineland**
**640 East Wood Street**
**Vineland, NJ 08362**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-08-2021**

**Basis for the claim:** _Potential Warranty Claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clare Barrows**
**44 Oscar Mill Lane**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2020**

**Basis for the claim:** _Potential Warranty Claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudette Bowser**
**508 Hagey Place**
**Collegeville, PA 19426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-29-2020**

**Basis for the claim:** _Potential Warranty Claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address**
**Clayton Block Company, Inc.**
**PO Box 3015**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$69.54**

---

**3.237** | **Nonpriority creditor's name and mailing address**
**Clearbrook Community**
**1 Clearbrook Drive**
**Monroe Township, NJ 08831**

Date(s) debt was incurred  **1-21-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**Clearbrook Regency Village**
**603B Madison Drive**
**Monroe Township, NJ 08831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.239** | **Nonpriority creditor's name and mailing address**
**Cleary Machinery Co.**
**24 Cedar Street**
**South Bound Brook, NJ 08880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$546.99**

---

**3.240** | **Nonpriority creditor's name and mailing address**
**Clermont Drive HOA**
**200 Clermont Drive**
**Newtown Square, PA 19073**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241** | **Nonpriority creditor's name and mailing address**
**Clinton Township Middle School**
**34 Grayrock Rd**
**Clinton, NJ 08809**

Date(s) debt was incurred  **3-26-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242** | **Nonpriority creditor's name and mailing address**
**CLK Commercial Mgmt LLC**
**135 Crossways Park Dr.**
**Ste 401**
**Woodbury, NY 11797**

Date(s) debt was incurred  **3-17-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243**

**Nonpriority creditor's name and mailing address**
Coach USA/ Olympia Bus
60 Brown Ave
Springfield, NJ 07081

Date(s) debt was incurred **1-27-2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.244**

**Nonpriority creditor's name and mailing address**
Coastal Contracting LLC
9 S. Fawn Lane
Absecon, NJ 08205

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,165.00**

---

**3.245**

**Nonpriority creditor's name and mailing address**
Cokesbury Road Industrial Park
Attn: Mike Van Doren
P.O. Box 108
Whitehouse, NJ 08888

Date(s) debt was incurred **1-28-2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.246**

**Nonpriority creditor's name and mailing address**
Colin McGinley
111 Adams Lane
Collegeville, PA 19426

Date(s) debt was incurred **9-30-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.247**

**Nonpriority creditor's name and mailing address**
Colleen Stanton
602 Cheswick Court
Middletown, DE 19709

Date(s) debt was incurred **5-28-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**

**Nonpriority creditor's name and mailing address**
Colliflower , Inc Baltimore
PO Box 826398
Philadelphia, PA 19182

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$221.71**

---

**3.249**

**Nonpriority creditor's name and mailing address**
Colonial Gardens
334 E. Main Street
Newark, DE 19711

Date(s) debt was incurred **4-24-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.250**

**Nonpriority creditor's name and mailing address**
**Commonwealth Construction**
**PO Box 918**
**Wilmington, DE 19899**

Date(s) debt was incurred  **5-29-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.251**

**Nonpriority creditor's name and mailing address**
**Congregation B'nai Jushurun**
**1025 S. Orange Avenue**
**Short Hills, NJ 07078**

Date(s) debt was incurred  **6-30-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.252**

**Nonpriority creditor's name and mailing address**
**Connie O'Brien**
**141 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  **7-23-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.253**

**Nonpriority creditor's name and mailing address**
**Consolidated Steel & Aluminum**
**P.O. Box 643**
**Kenilworth, NJ 07033**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,561.28**

---

**3.254**

**Nonpriority creditor's name and mailing address**
**CONTI LINE STRIPPING**
**23 CAPE COD DRIVE**
**Blackwood, NJ 08012**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,405.00**

---

**3.255**

**Nonpriority creditor's name and mailing address**
**CONTRACTORS MATERIALS LLC**
**PO Box 10770**
**Wilmington, DE 19850**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,521.94**

---

**3.256**

**Nonpriority creditor's name and mailing address**
**Conwell Company; The**
**1149 Susan Drive**
**West Chester, PA 19380**

Date(s) debt was incurred  **6-29-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address**
**Cooper Medical Center**
**1000 Salem Road**
**Willingboro, NJ 08046**

Date(s) debt was incurred  **5-29-2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.258** | **Nonpriority creditor's name and mailing address**
**CORE & MAIN LP**
**PO BOX 28330**
**Saint Louis, MO 63146**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,349.06**

---

**3.259** | **Nonpriority creditor's name and mailing address**
**Core International LLC**
**24 Farmview Road**
**Port Washington, NY 11050**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.260** | **Nonpriority creditor's name and mailing address**
**CoStar**
**2563 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,453.31**

---

**3.261** | **Nonpriority creditor's name and mailing address**
**Costco Gas Station**
**952 Center Boulevard Sourth**
**Newark, DE 19702**

Date(s) debt was incurred  **12/30/2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262** | **Nonpriority creditor's name and mailing address**
**Country Office Condominiums**
**1655 Valley Road**
**Suite 300**
**Wayne, NJ 07470**

Date(s) debt was incurred  **10/20/2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.263** | **Nonpriority creditor's name and mailing address**
**County Concrete Corp.**
**PO Box F**
**Kenvil, NJ 07847**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,233.83**

---

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address**
**County Propane**
**410 S Brandywine Avenue**
**Downingtown, PA 19335**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$501.42**

---

**3.265** | **Nonpriority creditor's name and mailing address**
**Countywide Landscape**
**1050 Boot Road**
**Downingtown, PA 19335**

Date(s) debt was incurred  **3-13-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266** | **Nonpriority creditor's name and mailing address**
**Courier Systems**
**45 Rosenhayn Ave**
**Bridgeton, NJ 08302**

Date(s) debt was incurred  **5-29-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267** | **Nonpriority creditor's name and mailing address**
**Crafco Inc.**
**Dept #2279**
**P.O. Box 11407**
**Birmingham, AL 35246-2279**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,825.17**

---

**3.268** | **Nonpriority creditor's name and mailing address**
**CRAMARO TARPAULIN SYSTEMS INC**
**600 NORTH DRIVE**
**Melbourne, FL 32934**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$955.82**

---

**3.269** | **Nonpriority creditor's name and mailing address**
**Cross Island Industries Inc.**
**30A North Dunton Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.270** | **Nonpriority creditor's name and mailing address**
**Crowe Horwath LLP**
**P.O. Box 71570**
**Chicago, IL 60694-1570**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,344.83**

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271** | Nonpriority creditor's name and mailing address
CRYSTAL CLEAN
13621 Collections Center Drive
Sharon, CT 06069-3000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$220.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address
CS Contruction LLC
47 Agate Road
East Brunswick, NJ 08816

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$722.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address
CSC
P.O. Box 13397
251 Little Falls Drive
Wilmington, DE 19808-1674

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,580.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address
Cumberland Green Apartments
27 N. Ladlow Ave.
Millville, NJ 08332

Date(s) debt was incurred  7-01-2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address
Cummins Sales and Services
PO Box 786567
Philadelphia, PA 19178-6567

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address
Cumulus Global
P.O. Box 1129
Westborough, MA 01581-6129

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$216.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address
Cushman & Wakefield of Georgia
Valuation & Advisory
1180 Peachtree Street, Ste. 3100
Atlanta, GA 30309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.278**

**Nonpriority creditor's name and mailing address**
Custom Commercial Construction Corp
PO Box 711M
76 Brook Street
Bay Shore, NY 11706

Date(s) debt was incurred  12/10/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.279**

**Nonpriority creditor's name and mailing address**
Cynthia Hill
66 Volpe Drive
Smyrna, DE 19977

Date(s) debt was incurred  10/30/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.280**

**Nonpriority creditor's name and mailing address**
D'Amato Plumbing
1200 West Boulevard South
Vineland, NJ 08360

Date(s) debt was incurred  10/2/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.281**

**Nonpriority creditor's name and mailing address**
Dadds Electric & Sons
222 Hartka Avenue
Mount Ephraim, NJ 08059

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

**$9,100.00**

---

**3.282**

**Nonpriority creditor's name and mailing address**
Damianos Realty Group
222 Middle Country Road
Suite 300
Smithtown, NY 11787

Date(s) debt was incurred  1-01-2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.283**

**Nonpriority creditor's name and mailing address**
Dan Altemus
768 S. Old Baltimore Pike
Newark, DE 19702

Date(s) debt was incurred  6-22-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.284**

**Nonpriority creditor's name and mailing address**
Dan Pepe
101 Petticoat Lane
Annandale, NJ 08801

Date(s) debt was incurred  11/12/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address**
Daryl Oliver
112 Williams Court
New Castle, DE 19720

Date(s) debt was incurred **8-25-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.286** | **Nonpriority creditor's name and mailing address**
David Domanski
22 S. New Road
Middletown, DE 19709

Date(s) debt was incurred **3-26-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287** | **Nonpriority creditor's name and mailing address**
David Marks
164 Royer Drive
Collegeville, PA 19426

Date(s) debt was incurred **7-09-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288** | **Nonpriority creditor's name and mailing address**
Days Inn Torrington
492 East Main Street
Torrington, CT 06790

Date(s) debt was incurred **6-30-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289** | **Nonpriority creditor's name and mailing address**
Dayton Square IV Condo Assoc
c/o Preferred Community Mgt.
35 Clyde Road, Ste. 102
Somerset, NJ 08873

Date(s) debt was incurred **7-22-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290** | **Nonpriority creditor's name and mailing address**
Deanna Slota
128 Royer Drive
Collegeville, PA 19426

Date(s) debt was incurred **7-09-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291** | **Nonpriority creditor's name and mailing address**
Debbie Zola
2957 Videre Drive
Wilmington, DE 19808

Date(s) debt was incurred **9-25-2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.292** | **Nonpriority creditor's name and mailing address**

**Deer Park Manor**
**10 Powell Drive**
**Sicklerville, NJ 08081**

Date(s) debt was incurred  12/7/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293** | **Nonpriority creditor's name and mailing address**

**Delancey Place COA**
**Delancey Way**
**Evesham Township, NJ 08053**

Date(s) debt was incurred  12/31/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294** | **Nonpriority creditor's name and mailing address**

**DELAWARE BRICK**
**1114 CENTERVILLE ROAD**
**Wilmington, DE 19804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,775.75**

---

**3.295** | **Nonpriority creditor's name and mailing address**

**Delaware Dept. of Transportation**
**P.O. Box 697**
**Dover, DE 19903-0697**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$315.50**

---

**3.296** | **Nonpriority creditor's name and mailing address**

**Delaware Pediatrics**
**3920 DuPont Highway**
**Townsend, DE 19734**

Date(s) debt was incurred  11/20/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297** | **Nonpriority creditor's name and mailing address**

**Delaware Psychiatric Center**
**1901 North DuPont Highway**
**New Caslet, DE 19720**

Date(s) debt was incurred  5-29-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298** | **Nonpriority creditor's name and mailing address**

**Delaware Stadium Corp.**
**801 Shipyard Drive**
**Wilmington, DE 19801**

Date(s) debt was incurred  5-29-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**
---

**Delpa Builders, LLC**
**10 King Avenue**
**New Castle, DE 19720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,187.17**

**DeMarco Bros., Inc.**
**Box 75 Route 22**
**Whitehouse, NJ 08888**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Denholtz Properties**
**301 Central Avenue**
**Clark, NJ 07066**

Date(s) debt was incurred  __10/30/2020__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Denise Tyrrell**
**105 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  __7-09-2020__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dennis Creese**
**92 Oscar Mill Lane**
**Smyrna, DE 19977**

Date(s) debt was incurred  __10/26/2020__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dennis Township**
**571 Petersburg Road**
**Dennisville, NJ 08214**

Date(s) debt was incurred  __4-08-2020__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dependable Property Management**

Date(s) debt was incurred  __10/15/2020__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|--------|------------------------------|-----|---|
| | Name | | |

---

**3.306** Nonpriority creditor's name and mailing address

**Devault Partners LP**
638 Lancaster Avenue
Malvern, PA 19355

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$594.00**

---

**3.307** Nonpriority creditor's name and mailing address

**Devereux**
139 Leopard Road
Berwyn, PA 19312

Date(s) debt was incurred  **7-30-2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308** Nonpriority creditor's name and mailing address

**Diamond Blade Warehouse**
P.O. Box 5759
Vernon Hills, IL 60061

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,932.98**

---

**3.309** Nonpriority creditor's name and mailing address

**DIAMOND MATERIALS**
242 N James Street
Suite 102
Wilmington, DE 19804

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$108.75**

---

**3.310** Nonpriority creditor's name and mailing address

**DIAMOND STATE TIRE, INC.**
3482 WRANGLE HILL ROAD
Bear, DE 19701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,993.50**

---

**3.311** Nonpriority creditor's name and mailing address

**Diane Oidtman**
37 Baynard Blvd
Wilmington, DE 19803

Date(s) debt was incurred  **6-25-2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312** Nonpriority creditor's name and mailing address

**Dirt-X Enterprise, LLC**
88 Clinton Place
East Rutherford, NJ 07073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,015.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**
_____
Name                                                       Case number (if known) _____

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DISABATINO LANDSCAPING**
**471 B and O Ln**
**Wilmington, DE 19804**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-15-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DiStefano Landscape Services**
**181 Robbins Road**
**Downingtown, PA 19335**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Distinctive Cartoyz**
**1000 Noahs Rd**
**Pleasantville, NJ 08232**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-06-2021**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diversified M Plus**
**104 Windsor Center Drive**
**East Windsor, NJ 08520**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Divisions Maintenance Group**
**1 Riverfront Pl, Suite 500**
**Newport, KY 41071**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Don Brown**
**150 Drummond Farms Lane**
**Newark, DE 19711**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-07-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Don Guseman**
**124 Colonel Clayton Drive**
**Middletown, DE 19709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-28-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address**<br>**Donald Lang**<br>**158 Royer Drive**<br>**Collegeville, PA 19426**<br><br>Date(s) debt was incurred **7-23-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.321 | **Nonpriority creditor's name and mailing address**<br>**Donna Deascanis**<br>**207 Hobson Drive**<br>**Hockessin, DE 19707**<br><br>Date(s) debt was incurred **6-19-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.322 | **Nonpriority creditor's name and mailing address**<br>**Donna Zador**<br>**116 Old Oak Road**<br>**Newark, DE 19711**<br><br>Date(s) debt was incurred **11/9/2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.323 | **Nonpriority creditor's name and mailing address**<br>**Doreen Peterzak**<br>**78 Felix View Court**<br>**Smyrna, DE 19977**<br><br>Date(s) debt was incurred **9-29-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.324 | **Nonpriority creditor's name and mailing address**<br>**Dorothy Horton**<br>**243 Lupine Drive**<br>**Smyrna, DE 19977**<br><br>Date(s) debt was incurred **9-30-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.325 | **Nonpriority creditor's name and mailing address**<br>**DOUG DRULINER**<br><br>Date(s) debt was incurred **8-31-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.326 | **Nonpriority creditor's name and mailing address**<br>**Douglas White**<br>**411 Melchoir Place**<br>**Collegeville, PA 19426**<br><br>Date(s) debt was incurred **7-07-2020**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327** | **Nonpriority creditor's name and mailing address**
Downingtown Auto Supply
PO Box 461
Downingtown, PA 19335

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,115.66**

---

**3.328** | **Nonpriority creditor's name and mailing address**
DP Civil Inc
315 Orinoco Drive
Bay Shore, NY 11706

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.329** | **Nonpriority creditor's name and mailing address**
Drake Pond HOA
Drake Lane
Ledgewood, NJ 07852

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.330** | **Nonpriority creditor's name and mailing address**
Droyer's Point COA
1 Lyon Court
Jersey City, NJ 07305

Date(s) debt was incurred  **12/17/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.331** | **Nonpriority creditor's name and mailing address**
DSC Group 557 LLC
110 First State Blvd
Wilmington, DE 19804

Date(s) debt was incurred  **4-17-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.332** | **Nonpriority creditor's name and mailing address**
DSI TRANSPORTATION SERVICES, I
P O BOX 310
Thorofare, NJ 08086

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,265.99**

---

**3.333** | **Nonpriority creditor's name and mailing address**
DTN, LLC
26385 Network Place
Chicago, IL 60673-1263

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$447.82**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Advanced Pavement Group, LLC**
_____     Case number *(if known)* _____
Name

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E Earle Downing Inc.**
1221 Bowers Street
Suite 6
Wilmington, DE 19802

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  6-08-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E. Kahn Development Corporation**
120 Pennsylvania Avenue
Malvern, PA 19355

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  6-17-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,082.50** |
|---|---|---|---|

**EAC Hauling LLC**
22 Spring Street
PR 00700-3000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle Contracting**
Golf Road
Darby, PA 19023

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5-28-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,728.14** |
|---|---|---|---|

**EAGLE POWER AND EQUIPMENT CORP**
P.O. BO 425
Montgomeryville, PA 18936

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.60** |
|---|---|---|---|

**Earth Engineering Inc.**
115 W Germantown Pike
Suite 200
Norristown, PA 19401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.47** |
|---|---|---|---|

**East Coast Glove & Supply, Inc**
PO Box 6
Nesconset, NY 11767

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**                              Case number *(if known)*
_____
Name

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,092.02** |
|---|---|---|---|

**EAST JORDAN IRON WORKS INC.**
**P.O. BOX 644873**
**Pittsburgh, PA 15264-4873**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East Pikeland Township**
**PO Box 58**
**Kimberton, PA 19442**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **10/30/2020**

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East Whiteland Township**
**209 Conestoga Road**
**Malvern, PA 19355**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **7-21-2020**

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,419.74** |
|---|---|---|---|

**Eastern Concrete**
**P.O. Box 417730**
**Boston, MA 02241-7730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eastern Highway Specialists**
**920 N. Church Street**
**Wilmington, DE 19801**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **10/30/2020**

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eastern Highway Specialists Inc.**
**920 North Church Street**
**Wilmington, DE 19801**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **9-30-2020**

**Basis for the claim:** **Potential Warranty Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,333.37** |
|---|---|---|---|

**Easton Block & Supply**
**P.O. Box 196**
**Skippack, PA 19474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Easttown Township**
**566 Beaumont Road**
**Devon, PA 19333**

**Date(s) debt was incurred** _12/21/2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Echo Plaza**
**901 Mountain Ave**
**Springfield, NJ 07081**

**Date(s) debt was incurred** _7-01-2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Econoco Corporation**
**575 Oak Ridge Rd**
**Hazleton, PA 18202**

**Date(s) debt was incurred** _1-01-2021_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ed Heckman**
**24 Fairfield Road**
**Claymont, DE 19703**

**Date(s) debt was incurred** _6-23-2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Wuillermin**
**881 S. 2nd Road**
**Hammonton, NJ 08037**

**Date(s) debt was incurred** _6-01-2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Einsidler Management**
**535 Boadhollow Rd**
**Unit A-15**
**Melville, NY 11747**

**Date(s) debt was incurred** _4-10-2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elements at West Windsor**
**20 Murano Drive**
**West Windsor, NJ 08550**

**Date(s) debt was incurred** _11/12/2020_

**Last 4 digits of account number** _____

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Warranty Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

---

**3.355**

**Nonpriority creditor's name and mailing address**
Elias Properties Mgmt, Inc.
500 N Broadway
Suite 257
Jericho, NY 11753

Date(s) debt was incurred  12/1/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.356**

**Nonpriority creditor's name and mailing address**
Emmanuel Presbyterian  Church
1006 Wilson Road
Wilmington, DE 19803

Date(s) debt was incurred  11/30/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357**

**Nonpriority creditor's name and mailing address**
Empire Scale Corporation
140 Rotech Drive
Lancaster, NY 14086

Date(s) debt was incurred  __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2,073.32**

---

**3.358**

**Nonpriority creditor's name and mailing address**
Enclave at Short Hills
2 Short Hills Ave
Short Hills, NJ 07078

Date(s) debt was incurred  7-29-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.359**

**Nonpriority creditor's name and mailing address**
ENTERPRISE FLASHER CO.
4 HADCO ROAD
Wilmington, DE 19804

Date(s) debt was incurred  __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$6,019.30**

---

**3.360**

**Nonpriority creditor's name and mailing address**
Environmental Waste Minimization
14 Brick Kiln Court
Northampton, PA 18067

Date(s) debt was incurred  12/17/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.361**

**Nonpriority creditor's name and mailing address**
Equestra at Colts Neck HOA
East Milan Boulevard
Farmingdale, NJ 07727

Date(s) debt was incurred  7-23-2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.362**

Nonpriority creditor's name and mailing address
**Erin McConagle**
**176 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  **7-29-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.363**

Nonpriority creditor's name and mailing address
**Estate of Howard Villalobos**
**155 Uxbridge Drive**
**Cherry Hill, NJ 08034**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.364**

Nonpriority creditor's name and mailing address
**Evergreen at Hamilton HOA**
**30 Nightingdale Drive**
**Hamilton Township, NJ 08690**

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.365**

Nonpriority creditor's name and mailing address
**Executive Snow C ontrol LLC**
**59-15 55th Drive**
**Maspeth, NY 11378**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$22,650.00**

---

**3.366**

Nonpriority creditor's name and mailing address
**Extra Space Self Storage**
**6204 Oxford Avenue**
**Philadelphia, PA 19148**

Date(s) debt was incurred  **8-31-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.367**

Nonpriority creditor's name and mailing address
**F & J TOOL**
**6734 Harding Hwy.**
**Mays Landing, NJ 08330**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$225.00**

---

**3.368**

Nonpriority creditor's name and mailing address
**Fabbri Builders**
**1310 Southwest Boulevard**
**Vineland, NJ 08326**

Date(s) debt was incurred  **6-12-2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**

Name                                         Case number *(if known)*

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
--- | --- | --- | ---

**3.369**

**Nonpriority creditor's name and mailing address**
**Fair Acres COA**
**31 Fair Acres Court**
**Princeton, NJ 08540**

Date(s) debt was incurred  **10/15/2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**

**Nonpriority creditor's name and mailing address**
**Fairways @ Beaver Brook Condo**
**4 Walter Foran Blvd**
**Suite 311**
**Flemington, NJ 08822**

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.371**

**Nonpriority creditor's name and mailing address**
**Fairways at Livingston**
**c/o Integra Management Corp.**
**200 Valley Rd. Suite 203**
**Mt. Arlington, NJ 07856**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.372**

**Nonpriority creditor's name and mailing address**
**Fairways of Inverrary; The**
**4200 Inverrary Blvd**
**Lauderhill, FL 33319**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**

**Nonpriority creditor's name and mailing address**
**Farmer Development**
**124 North Grand Street**
**Fowlerville, MI 48836**

Date(s) debt was incurred  **5-14-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.374**

**Nonpriority creditor's name and mailing address**
**FASTENAL**
**P O BOX 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60.25**

---

**3.375**

**Nonpriority creditor's name and mailing address**
**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$332.78**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.38** |
|---|---|---|---|

**Fed Ex**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Federal Business Centers, Inc.**
**300 Raritan Center Parkway**
**Edison, NJ 08837**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __5-29-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,081.00** |
|---|---|---|---|

**Feldman & Associates, LLC**
**7 ashby Court**
**Englishtown, NJ 07726**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Felix Poppiti**
**100 Olga Avenue**
**Wilmington, DE 19805**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __7-20-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fieldston Community**
**Fieldston Road**
**Bronx, NY 10471**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __10/29/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fieldston Community**
**c/o First Service Residential**
**80 LaSalle Street**
**New York, NY 10027**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __12/1/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,559.00** |
|---|---|---|---|

**Finished Lines LLC**
**418 W Race Street**
**Millville, NJ 08332**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.383**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Finn Dixon & Herling Attorneys**<br>**Six Landmark Sq., Suite 600**<br>**Stamford, CT 06901-2704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.384**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,079.88 |
|---|---|---|
| **First Bank Card**<br>**P.O. Box 2818**<br>**Omaha, NE 68103-2818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.385**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,774.53 |
|---|---|---|
| **First Insurance Funding Corp.**<br>**PO Box 7000**<br>**Carol Stream, IL 60197-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.386**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **First National Realty Partners LLC**<br>**125 Half Mile Road**<br>**Suite 207**<br>**Red Bank, NJ 07701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1-01-2021** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.387**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **First Quality Enterprises**<br>**80 Cuttermill Road**<br>**Great Neck, NY 11021** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **9-16-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.388**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **First Service Residential**<br>**3604 Rustic Lane**<br>**Wilmington, DE 19808** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/4/2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.389**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **First Service Residential Brandywin**<br>**3604 Rustic Lane**<br>**Wilmington, DE 19808** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/17/2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.390** | Nonpriority creditor's name and mailing address
**Five Points Fire Company**
**209 S. Maryland Avenue**
**Wilmington, DE 19804**

Date(s) debt was incurred  **3-18-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.391** | Nonpriority creditor's name and mailing address
**Flagger Force**
**8170 ADAMS DRIVE**
**Hummelstown, PA 17036**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,075.80**

---

**3.392** | Nonpriority creditor's name and mailing address
**Fleet Pride Truck & Trailer**
**PO Box 847118**
**Dallas, TX 75284**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,505.05**

---

**3.393** | Nonpriority creditor's name and mailing address
**Fleetpride**
**PO Box 847118**
**Dallas, TX 75284-7118**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,040.78**

---

**3.394** | Nonpriority creditor's name and mailing address
**Flemington Fields COA**
**c/o Access Property Management**
**4 Walter E. Foran Blvd. St 311**
**Flemington, NJ 08822**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.395** | Nonpriority creditor's name and mailing address
**FoamPak, Inc.**
**427 High Hill Road**
**Woolwich Twp., NJ 08085**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,157.95**

---

**3.396** | Nonpriority creditor's name and mailing address
**FOLEY INC.**
**P.O. BOX 787132**
**Philadelphia, PA 19178-7132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,032.05**

---

Debtor **Advanced Pavement Group, LLC**

Case number *(if known)*

Name

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $206,052.74 |
|---|---|---|---|

**Foley Rents**
**P.O. Box 787132**
**Philadelphia, PA 19178-7132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Oaks Bedminster**
**Four Oaks Road**
**Bedminster, NJ 07921**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/6/2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Seasons at Great Notch COA**
**101 Four Seasons Blvd**
**Woodland Park, NJ 07424**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/18/2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Seasons at Lakewood**
**1560 Spring Meadow Drive**
**Lakewood, NJ 08701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _7-22-2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Seasons at Metedeconk**
**C/O Community Management**
**P.O. Box 37083**
**Charlotte, NC 28237**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _8-31-2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Seasons at North Caldwell**
**4 Four Seasons Drive**
**North Caldwell, NJ 07006**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _7-20-2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Seasons at Readington**
**Taylor Management Co.**
**P. O. Box 681312**
**Charlottee, NC 28216**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _8-26-2020_

Last 4 digits of account number _____

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Advanced Pavement Group, LLC**
Name

Case number *(if known)*

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Four Seasons at Ridgemont**
**701 Four Seasons Lane**
**Montvale, NJ 07645**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/12/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Four Seasons Solar Products LLC**
**5005 Veterans Memorial**
**Holbrook, NY 11741**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-26-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Francis Soja**
**304 S. Clifton Avenue**
**Wilmington, DE 19805**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  7-20-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frank Cinque**
**628 Suffolk Court**
**Middletown, DE 19709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frank Parrish**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-25-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frank S. Grindel**
**11 Nikhil Court**
**Claymont, DE 19703**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-28-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frank Schwind**
**269 Eastridge Drive**
**Smyrna, DE 19977**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  9-28-2020

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **Unknown** |
| | **Franklin Square** | ■ Contingent |
| | **c/o Access Property** | ☐ Unliquidated |
| | **1090 King George Post Rd St301** | ☐ Disputed |
| | **Edison, NJ 08837** | |
| | Date(s) debt was incurred **1-26-2021** | Basis for the claim:  **Potential Warranty Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **$181.43** |
| | **Franklin Trailers, Inc.** | ☐ Contingent |
| | **500C Springdale Ave** | ☐ Unliquidated |
| | **Somerdale, NJ 08083** | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **Unknown** |
| | **Frankoski Construction** | ■ Contingent |
| | **314 Dodd Street** | ☐ Unliquidated |
| | **East Orange, NJ 07017** | ☐ Disputed |
| | Date(s) debt was incurred **11/24/2020** | Basis for the claim:  **Potential Warranty Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **Unknown** |
| | **Fratello Construction Corp.** | ■ Contingent |
| | **134 Milbar Blvd** | ☐ Unliquidated |
| | **Farmingdale, NY 11735** | ☐ Disputed |
| | Date(s) debt was incurred **12/29/2020** | Basis for the claim:  **Potential Warranty Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **$1,095.00** |
| | **Fredon Welding & Iron Inc.** | ☐ Contingent |
| | **P.O. Box 260** | ☐ Unliquidated |
| | **Lafayette, NJ 07848** | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **Unknown** |
| | **Freedom Materials** | ■ Contingent |
| | **721 Dawson Drive** | ☐ Unliquidated |
| | **Newark, DE 19713** | ☐ Disputed |
| | Date(s) debt was incurred **3-31-2020** | Basis for the claim:  **Potential Warranty Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. · **Unknown** |
| | **Freedom Mortgage** | ■ Contingent |
| | **301 Harper Drive** | ☐ Unliquidated |
| | **Moorestown, NJ 08057** | ☐ Disputed |
| | Date(s) debt was incurred **11/30/2020** | Basis for the claim:  **Potential Warranty Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| Debtor | **Advanced Pavement Group, LLC** |
| | Name |

Case number (*if known*) _____

---

**3.418**

**Nonpriority creditor's name and mailing address**

**Freehold Cartage**
**PO Box 5010**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.46**

---

**3.419**

**Nonpriority creditor's name and mailing address**

**Frontenac Condo Association**
**90 Prospect Ave**
**Hackensack, NJ 07601**

Date(s) debt was incurred  **11/27/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.420**

**Nonpriority creditor's name and mailing address**

**FUEL SYSTEM SERVICES**
**P O BOX 224**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$614.00**

---

**3.421**

**Nonpriority creditor's name and mailing address**

**G & A Clanton, Inc.**
**350 Lake Road**
**Avondale, PA 19311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55.10**

---

**3.422**

**Nonpriority creditor's name and mailing address**

**G & L Building Corp**
**39 Division St**
**Sag Harbor, NY 11963**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.423**

**Nonpriority creditor's name and mailing address**

**G S and Son's Trucking Inc.**
**90-12 221st Street**
**Queens Village, NY 11428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.424**

**Nonpriority creditor's name and mailing address**

**G&E WELDING SUPPLY**
**281 AIRPORT RD**
**New Castle, DE 19720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$351.47**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**G.M. O'Shea Properties, LLC**
**4155 Veterans Highway**
**STE 13**
**Ronkonkoma, NY 11779**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.80**

**Gabrielli Truck Sales**
**Box 358137**
**Pittsburgh, PA 15251-5137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gala Fresh**
**2485 Grand Avenue**
**Baldwin, NY 11779**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,492.24**

**Gamka Sales Corp**
**983 New Durham Road**
**Edison, NJ 08817-2253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Garden Homes at Quail Brook COA**
**13 Almond Drive**
**Somerset, NJ 08873**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,464.47**

**Garden State Asphalt Materials**
**100 Bilby Road**
**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Garden State Landscaping**
**P.O. Box 96**
**Martinsville, NJ 08836**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Advanced Pavement Group, LLC**
_____    Case number _(if known)_ _____
Name

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gaudelli Bros. Inc**
**202 South Wade Blvd.**
**Millville, NJ 08332**

Date(s) debt was incurred  **12/10/2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**GCM Inc.**
**1175 East Main Street**
**Mount Joy, PA 17552**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gene Recchiuti**
**910 Woodland Avenue**
**Wilmington, DE 19808**

Date(s) debt was incurred  **7-13-2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $62.04 |

**GEO Schofield Company Inc.**
**P.O. Box 79455**
**Baltimore, MD 21279-0455**

Date(s) debt was incurred  _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Geoff Grant**
**Attn: Humble Abode, Inc.**
**41 Berryman Street**
**East Hampton, NY 11937**

Date(s) debt was incurred  **10/29/2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Geoff Veale**
**201 Adams Dam Road**
**Wilmington, DE 19807**

Date(s) debt was incurred  **9-22-2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**George Santiago**
**152 Eastridge Drive**
**Smyrna, DE 19977**

Date(s) debt was incurred  **9-25-2020**

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.439**

**Nonpriority creditor's name and mailing address**
Gerard Muston
204 Chaingate Circle
Landenberg, PA 19350

Date(s) debt was incurred  11/17/2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.440**

**Nonpriority creditor's name and mailing address**
Getlan Associates
3075 Veterans Memorial Hwy Ste 275
Ronkonkoma, NY 11779

Date(s) debt was incurred  1-01-2021
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.441**

**Nonpriority creditor's name and mailing address**
Gibraltar Rock of Belle Mead
355 Newbold Road
Fairless Hills, PA 19030

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$25,998.03**

---

**3.442**

**Nonpriority creditor's name and mailing address**
GILLESPIE PRECAST, LLC
P O BOX 450
Chestertown, MD 21620

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,522.71**

---

**3.443**

**Nonpriority creditor's name and mailing address**
Gina Crowder
208 Cullen Way
Newark, DE 19711

Date(s) debt was incurred  9-18-2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444**

**Nonpriority creditor's name and mailing address**
Gitto Group; The
590 Madison Ave, 21st Floor
New York, NY 10022

Date(s) debt was incurred  1-05-2021
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445**

**Nonpriority creditor's name and mailing address**
GJ CHALFANT
119 S. CONGRESS ST.
Port Penn, DE 19731

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$11,812.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glab Maintenance Services**
**130 East Walnut Street**
**Suite 415**
**Green Bay, WI 54301**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-20-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glen at Tamiment POA; The**
**314 Underhill Drive**
**Tamiment, PA 18371**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-18-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glen Cove S.C. Inc.**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glenbrooke at Bridgewater**
**c/o FirstService Residential**
**P.O. Box 30368**
**Charlotte, NC 28230**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GM Worldwide Real Estate**
**39-10 43rd Street**
**Long Island City, NY 11104**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Going Sign**
**140 Terminal Drive**
**Plainview, NY 11801**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-14-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gold Crest Properties**
**123 East Main Street**
**Evesham Township, NJ 08053**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Advanced Pavement Group, LLC**                          Case number *(if known)*
              Name

| | | |
|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Gold Crest Properties**
**1427 Read Place**
**Lakewood, NJ 08053**

Date(s) debt was incurred  **8-14-2020**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**GOP 1 LLC**
**3 Garret Mountain Plaza**
**Suite 204**
**Woodland Park, NJ 07424**

Date(s) debt was incurred  **1-26-2021**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Graham Construction**
**900 Center Boulevard South**
**Newark, DE 19702**

Date(s) debt was incurred  **7-20-2020**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,439.58** |
|---|---|---|

**Grainger**
**Dept. 871985156**
**Palatine, IL 60038-0001**

Date(s) debt was incurred  _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Grande at Hanover; The**
**1103 Meadow Brook Court**
**Whippany, NJ 07981**

Date(s) debt was incurred  **9-24-2020**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Grandover Pointe COA**
**177 Levinberg Lane**
**Wayne, NJ 07470**

Date(s) debt was incurred  **1-08-2021**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Gray Supply Company**
**199 Franklin Road**
**Randolph, NJ 07869**

Date(s) debt was incurred  **5-26-2020**

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Advanced Pavement Group, LLC**
Name

Case number *(if known)*

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greenburgh Shopping Center**
Knollwood Rd
Greenburgh, NY 10607

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greenlawn Associates**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greg Chalfant**
119 South Progress Street
Port Penn, DE 19731

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greystar**
300 Park Ave 13th Floor
New York, NY 10022

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,140.15** |
|---|---|---|---|

**Groff Tractor Mid Atlantic LLC**
629 S. Philadelphia Blvd.
Aberdeen, MD 21001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Ground Penetrating Radar Sys**
P.O. Box 932
Toledo, OH 43697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,591.38** |
|---|---|---|---|

**GT Mid Atlantic**
551 North Harding Highway
Vineland, NJ 08360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.467** | Nonpriority creditor's name and mailing address
**Guidemark, Inc.**
**515 Hagey Road**
**Souderton, PA 18964**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$12,682.60**

---

**3.468** | Nonpriority creditor's name and mailing address
**Guy Surer**
**122 Colonel Clayton Drive**
**Middletown, DE 19709**

Date(s) debt was incurred __5-28-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469** | Nonpriority creditor's name and mailing address
**H & S Investment Group of Cent**
**P.O. Box 1564**
**Winter Haven, FL 33882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$420,084.17**

---

**3.470** | Nonpriority creditor's name and mailing address
**H. A. Weigand Inc.**
**1409 State Road**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$193.08**

---

**3.471** | Nonpriority creditor's name and mailing address
**Habitat for Humanity Wilmington**
**3312 Seminole Avenue**
**Wilmington, DE 19808**

Date(s) debt was incurred __12/30/2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472** | Nonpriority creditor's name and mailing address
**Hal Leek**
**269 North Cologne Ave**
**Galloway, NJ 08215**

Date(s) debt was incurred __6-09-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.473** | Nonpriority creditor's name and mailing address
**HALE TRAILER**
**ROUTE 73 & COOPER ROAD**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,822.30**

---

Debtor    **Advanced Pavement Group, LLC**
_____    Case number *(if known)*    _____
Name

| | | |
|---|---|---|
| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Hamilton Crest COA**
**Townshend Road**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred  **7-20-2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$829.43** |
|---|---|---|

**Hanover Insurance Co.**
**P.O. Box 580045**
**Charlotte, NC 28258-0045**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$39.50** |
|---|---|---|

**HARBOUR TEXTILE RENTAL SERVICE**
**17 HARBOR VIEW DRIVE**
**New Castle, DE 19720**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Harris Storage**
**328 South 2nd Street**
**Millville, NJ 08332**

Date(s) debt was incurred  **11/9/2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Harry Mooney**
**2422 Granby  Road**
**Wilmington, DE 19810**

Date(s) debt was incurred  **6-23-2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Harry's Hospitality Group**
**West 14th Street**
**Wilmington, DE 19810**

Date(s) debt was incurred  **3-20-2020**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,678.00** |
|---|---|---|

**HCSS**
**P.O. Box 734695**
**Dallas, TX 75373-4695**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.481**

**Nonpriority creditor's name and mailing address**

**HD Supply Construction & Indus**
**P.O. Box 4852**
**Orlando, FL 32802-4852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$126.43**

---

**3.482**

**Nonpriority creditor's name and mailing address**

**Hearthwood at North Brunswick**
**Premier Mangement Associates**
**850-870 US Rt 1 North**
**North Brunswick, NJ 08902**

Date(s) debt was incurred  **10/12/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.483**

**Nonpriority creditor's name and mailing address**

**Heatherwood Communities LLC**
**58 Vanderbilt Motor Parkway**
**suite 100**
**Commack, NY 11725**

Date(s) debt was incurred  **10/7/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484**

**Nonpriority creditor's name and mailing address**

**HEC Trucking**
**348 Harvard Avenue**
**Hillside, NJ 07205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,015.00**

---

**3.485**

**Nonpriority creditor's name and mailing address**

**Helen Owens**
**329 Eastridge Drive**
**Smyrna, DE 19977**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.486**

**Nonpriority creditor's name and mailing address**

**Heller Industrial Park Inc.**
**205 Mill Road**
**Edison, NJ 08837**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.487**

**Nonpriority creditor's name and mailing address**

**Henkels & McCoy**
**985 Jolly Road**
**Blue Bell, PA 19422**

Date(s) debt was incurred  **12/1/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.09**

**HEPBRON VENDING COFFEE SERVICE**
**25 GERMAY DRIVE**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,566.95**

**HERITAGE CONCRETE**
**270 Presidential Drive**
**Wilmington, DE 19807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Herman Kline**
**94 Felix View Court**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Herman Moffett**
**114 Williams Court**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-25-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hermanise Jones**
**157 Lupine Drive**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-29-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Heyday Productions - The Gilded Age**
**268 Norman Ave**
**5th Floor**
**Brooklyn, NY 11222**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hickory Hill HOA**
**Hickory Hill Boulevard**
**Totowa, NJ 07512**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**                               Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown** |

**Hidden Ridge at North Caldwell**
**Overlook Court**
**North Caldwell, NJ 07006**

Date(s) debt was incurred  **8-30-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Highpoint at Cedar Grove COA**
**1 Highpoint**
**Cedar Grove, NJ 07009**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **$14,091.58** |
|---|---|---|

**Highway Materials, Inc**
**PO Box 62879**
**Baltimore, MD 21264**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **$247.53** |
|---|---|---|

**Hilliard Blueprint Service**
**520 N. West Avenue**
**Vineland, NJ 08360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Hills Village Center**
**Artillery Park Drive**
**Bedminster, NJ 07921**

Date(s) debt was incurred  **1-15-2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **$8,724.97** |
|---|---|---|

**HMI - Hydraulic Mudpumps Inc**
**1025 E. Albert Drive**
**Manitowoc, WI 54220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **$30,559.67** |
|---|---|---|

**Hoffman Equipment**
**300 S. Randolphville Road**
**Piscataway, NJ 08854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Advanced Pavement Group, LLC**
           _____                    Case number (if known)    _____
           Name

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hollows at Blue Hill**
**2100 Fred III Jr Ct.**
**Pearl River, NY 10965**

Date(s) debt was incurred  **10/22/2020**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Holly Matikiewicz**
**515 Hagey Place**
**Trappe, PA 19426**

Date(s) debt was incurred  **7-29-2020**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Holy Trinity Parish**
**11 North Kenyon Avenue**
**Margate City, NJ 08402**

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Homestead at Mansfield**
**Matt Lubas**
**230 Homestead Drive**
**Columbus, NJ 08022**

Date(s) debt was incurred  **12/23/2020**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$234.55** |
|---|---|---|---|

**HOOPES FIRE PREVENTION, INC.**
**PO BOX 7839**
**Newark, DE 19714**

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Horizons at Mt Arlington**
**145 Ridgeview Lane**
**Mt. Arlington, NJ 07856**

Date(s) debt was incurred  **4-24-2020**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Horseblock Associates**
**3661 Horseblock Rd**
**Medford, NY 11763**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number  ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,142.61**

HOT MIX PARTS
P.O. BOX 436089
Louisville, KY 40253-6089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Housing Management Resources Inc.
500 Victory Road
Quincy, MA 02171

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/31/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.35**

Hubbard Sand
1612 Fifth Avenue

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Hunterdon Brewing Company
12 Coddington Rd.
Whitehouse Station, NJ 08889

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __8-07-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Hunterdon Health & Wellness Ce
537 Rt. 22 East
Whitehouse, NJ 08889

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __1-28-2021__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Huntington Commons Inc.
20 Bay Rd
Huntington, NY 11743

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/29/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,225.95**

HVI Services LLC
P.O. Box 5335
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.516**

**Nonpriority creditor's name and mailing address**

**Incorporated Village of Port Jeffer**
**121 West Broadway**
**Port Jefferson, NY 11777**

Date(s) debt was incurred  **5-15-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.517**

**Nonpriority creditor's name and mailing address**

**Independence Square HOA**
**c/o Access Property Management**
**1090 King Georges Post Rd. 301**
**Edison, NJ 08837**

Date(s) debt was incurred  **11/24/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518**

**Nonpriority creditor's name and mailing address**

**Infiniti Energy Services**
**2885 U.S. 9**
**Howell Township, NJ 07731**

Date(s) debt was incurred  **5-12-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.519**

**Nonpriority creditor's name and mailing address**

**Inman Sports Complex**
**2 Villa Drive**
**Edison, NJ 08820**

Date(s) debt was incurred  **12/10/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.520**

**Nonpriority creditor's name and mailing address**

**Innovative Surface Solutions**
**PO Box 347202**
**Pittsburgh, PA 15251**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,886.40**

---

**3.521**

**Nonpriority creditor's name and mailing address**

**Intellishift**
**152 Veterans Memorial Highway**
**Commack, NY 11725**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,787.39**

---

**3.522**

**Nonpriority creditor's name and mailing address**

**Interstate Batteries of Suffol**
**85 Orville Drive, Unit 1**
**Bohemia, NY 11716**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,053.67**

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.523**

**Nonpriority creditor's name and mailing address**

**Iron Source**
**5722 North Dupont Parkway**
**Smyrna, DE 19977**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$428.00**

---

**3.524**

**Nonpriority creditor's name and mailing address**

**J & L Building Materials**
**600 Lancaster Avenue**
**Frazer, PA 19355**

**Date(s) debt was incurred** __3-24-2020__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525**

**Nonpriority creditor's name and mailing address**

**J & Q Trucking**
**91 Winding Wood Drive**
**Apt. 4A**
**Sayreville, NJ 08872**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,437.50**

---

**3.526**

**Nonpriority creditor's name and mailing address**

**J. Loew Property Management, Inc.**
**120 Pennsylvania Avenue**
**Malvern, PA 19355**

**Date(s) debt was incurred** __5-29-2020__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527**

**Nonpriority creditor's name and mailing address**

**J. Penafiel Trucking LLC**
**452 North 7th Street**
**Newark, NJ 07107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,890.00**

---

**3.528**

**Nonpriority creditor's name and mailing address**

**J.E. Penafiel LLC**
**522 North 7th Street**
**Newark, NJ 07107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Jack Doheny Companies (Jet Vac**
**PO Box 609**
**Northville, MI 48167**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$173.80**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Advanced Pavement Group, LLC**
_____  Case number *(if known)* _____

Name

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack Poland**
**95 Oscar Mill Lane**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack Short**
**102 Phyllis Drive**
**Newark, DE 19711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-16-2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James Cuneo Paving**
**4 Woodport Road**
**Wharton, NJ 07885**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**James Dutton**
**1730 East Grant Ave**
**Vineland, NJ 08361**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-09-2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00** |

**James Estefany Penafiel LLC**
**522 North 7th Street**
**Newark, NJ 07107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jamie Taylor**
**903 Shipley Road**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JANE R. FOX**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number ___

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Janet Merendino**
**14 Hillstream Road**
**Newark, DE 19711**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-09-2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jardel Inc.**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-31-2021**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jay's Property Maintenance**
**421 Rt. 47 South**
**Goshen, NJ 08210**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-18-2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JBS Construction Inc.**
**100 S. Broad Street**
**Clayton, NJ 08312**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JCM Sitework Contractors**
**3425 US 30**
**Hammonton, NJ 08037**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jean Blyskal**
**182 Eastridge Drive**
**Smyrna, DE 19977**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jean Ecret**
**149 Olivine Circle**
**Townsend, DE 19734**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-21-2020**

Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
_____    Case number (if known)  _____
         Name

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeanna Golpira**
**226 Canonero Drive**
**Bear, DE 19701**

**Date(s) debt was incurred  6-12-2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jeff King**
**139 Royer Drive**
**Collegeville, PA 19426**

**Date(s) debt was incurred  7-29-2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jemal Realty**

**Date(s) debt was incurred  1-27-2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | | **$1,256.65** |
|---|---|---|---|

**Jesco Inc.**
**1260 Centennial Avenue**
**Piscataway, NJ 08854**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jesse Nguyen**
**90 Lawndale Drive**
**Smyrna, DE 19977**

**Date(s) debt was incurred  6-29-2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | | **$5,226.74** |
|---|---|---|---|

**JH Fischer & Son**
**523-531 Ferry Street**
**Newark, NJ 07105**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Jim Caldas**
**4 Alders Lane**
**Wilmington, DE 19807**

**Date(s) debt was incurred  9-30-2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jim Ellison**
**801 Harvey Road**
**Claymont, DE 19703**

Date(s) debt was incurred  **6-16-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jim Fitzsimmons**
**200 Campbell Road**
**Greenville, DE 19807**

Date(s) debt was incurred  **5-29-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joann Morgan**
**2222 Lancashire Drive**
**Wilmington, DE 19810**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JoAnn Umbel**
**113 Mary Drive**
**Newark, DE 19702**

Date(s) debt was incurred  **6-03-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joe Connelley**
**568 Bristol Pike**
**Bensalem, PA 19020**

Date(s) debt was incurred  **5-30-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joe Curran**
**83 Oscar Mill Lane**
**Smyrna, DE 19977**

Date(s) debt was incurred  **10/26/2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joe Hishon**
**1208 Hilltop Avenue**
**Wilmington, DE 19809**

Date(s) debt was incurred  **9-22-2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
| | Name | | |

---

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John B. Lovett & Associates, Lt** | ☑ Contingent |
| **109-15 14th avenue** | ☑ Unliquidated |
| **College Point, NY 11356** | ☐ Disputed |
| Date(s) debt was incurred  **9-17-2020** | **Basis for the claim:**  **Potential Warranty Claim** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John Cox** | ☑ Contingent |
| **318 Palomino Drive** | ☑ Unliquidated |
| **Newark, DE 19711** | ☐ Disputed |
| Date(s) debt was incurred  **9-15-2020** | **Basis for the claim:**  **Potential Warranty Claim** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John DiMichael** | ☑ Contingent |
| **371 Freemont Road** | ☑ Unliquidated |
| **Nottingham, PA 19362** | ☐ Disputed |
| Date(s) debt was incurred  **6-25-2020** | **Basis for the claim:**  **Potential Warranty Claim** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,789.52**
| **John Duffy Fuel Company** | ☐ Contingent |
| **465 Mulberry St.** | ☐ Unliquidated |
| **Newark, NJ 07114** | ☐ Disputed |
| Date(s) debt was incurred  ___ | **Basis for the claim:**  **Trade debt** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John Jenkins** | ☑ Contingent |
| **714 Bent Lane** | ☑ Unliquidated |
| **Newark, DE 19711** | ☐ Disputed |
| Date(s) debt was incurred  **9-28-2020** | **Basis for the claim:**  **Potential Warranty Claim** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John Joswick** | ☑ Contingent |
| **1518 Ayre Street** | ☑ Unliquidated |
| **Wilmington, DE 19804** | ☐ Disputed |
| Date(s) debt was incurred  **4-16-2020** | **Basis for the claim:**  **Potential Warranty Claim** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **John Koh** | ☑ Contingent |
| | ☑ Unliquidated |
| Date(s) debt was incurred  **12/1/2020** | ☐ Disputed |
| Last 4 digits of account number ___ | **Basis for the claim:**  **Potential Warranty Claim** |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

Debtor  **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Lapiska**
**104 Adams Lane**
**Collegeville, PA 19426**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9-30-2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John McCool**
**34 Inniscrone Drive**
**Avondale, PA 19311**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8-25-2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Mercante**
**702 Halstead Road**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9-15-2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Mirenda Construction**
**1555 Zion Road**
**Northfield, NJ 08225**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6-25-2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Rose**
**112 Woodlawn Avenue**
**Somers Point, NJ 08244**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/10/2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Schlecht**
**2408 Shellpot Drive**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9-22-2020

**Basis for the claim:** Potential Warranty Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,882.00** |

**JON FRANCISCO CONSTRUCTION LLC**
**32 DEER RUN DRIVE**
**Newark, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.572 | **Nonpriority creditor's name and mailing address**

**Jonathon Hand Excavating**
**112 Aspen Drive**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred  8-13-2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.573 | **Nonpriority creditor's name and mailing address**

**JOS. L. Muscarelle Inc**
**99 Essex St # 1**
**Maywood, NJ 07607**

Date(s) debt was incurred  9-28-2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.574 | **Nonpriority creditor's name and mailing address**

**Joseph Fazzio Steel Metal**
**2900 Glassboro Cross Keys Road**
**Glassboro, NJ 08028**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

**$4,260.50**

---

3.575 | **Nonpriority creditor's name and mailing address**

**Josh Llgen**
**107 Adams Lane**
**Collegeville, PA 19426**

Date(s) debt was incurred  9-30-2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.576 | **Nonpriority creditor's name and mailing address**

**Juliano Builders, LLC**
**1805 Slitting Mill Road**
**Glen Mills, PA 19342**

Date(s) debt was incurred  6-29-2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.577 | **Nonpriority creditor's name and mailing address**

**Julio Boca**
**101 Adams Lane**
**Collegeville, PA 19426**

Date(s) debt was incurred  10/19/2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.578 | **Nonpriority creditor's name and mailing address**

**Justin Williams**
**203 Weiser Place**
**Collegeville, PA 19426**

Date(s) debt was incurred  10/30/2020

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **Advanced Pavement Group, LLC**
Name                                                           Case number (if known) _____

| | | |
|---|---|---|
| 3.579 | **Nonpriority creditor's name and mailing address**<br>**JW Congregation Support Inc.**<br>**1105 Red Mills Road**<br>**Wallkill, NY 12589**<br><br>**Date(s) debt was incurred** _11/13/2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.580 | **Nonpriority creditor's name and mailing address**<br>**K & C Management Co.**<br><br>**Date(s) debt was incurred** _1-01-2021_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.581 | **Nonpriority creditor's name and mailing address**<br>**Karen Holden**<br>**104 Sypherd Drive**<br>**Newark, DE 19711**<br><br>**Date(s) debt was incurred** _9-28-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.582 | **Nonpriority creditor's name and mailing address**<br>**Kate Rodriguez**<br>**101 Odessa Avenue**<br>**Wilmington, DE 19809**<br><br>**Date(s) debt was incurred** _6-26-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.583 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN PIENDAK REIMBURSEMENT**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$367.80** |
| 3.584 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Van Amerongen**<br>**209 Sorrell Drive**<br>**Wilmington, DE 19803**<br><br>**Date(s) debt was incurred** _7-27-2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.585 | **Nonpriority creditor's name and mailing address**<br>**Katie Looney**<br>**4659 Malden Drive**<br>**Wilmington, DE 19803**<br><br>**Date(s) debt was incurred** _11/20/2020_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Potential Warranty Claim_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**
          _____    Case number (if known)    _____
          Name

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |
|---|---|---|---|

**KDM Trucking LLC**
**108 North 15th Street**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kearfott Corporation**
**1150 McBride Avenue**
**Little Falls, NJ 07424**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-24-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,867.31** |
|---|---|---|---|

**KEEN COMPRESSED GAS CO**
**P O BOX 15151**
**Wilmington, DE 19850-5151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Keen Gas**
**1760 Wilmington Pike**
**Glen Mills, PA 19342**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179.23** |
|---|---|---|---|

**Keith Nava Superior Blackflow**
**10 West Beech Street**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$962.20** |
|---|---|---|---|

**KELLY INDUSTRIAL SUPPLY**
**211 CARTER DRIVE**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kemal Erkan**
**1108 Westover Road**
**Wilmington, DE 19807**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
_____
Name                                          Case number *(if known)* _____

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ken Reichenbach**
**403 Melchoir Place**
**Collegeville, PA 19426**

Date(s) debt was incurred  **7-23-2020**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ken Williamson**
**28 The Horseshoe**
**Newark, DE 19711**

Date(s) debt was incurred  **5-29-2020**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.98** |
|---|---|---|---|

**Kennametal Incorporated**
**P.O. Box 536435**
**Pittsburgh, PA 15253-5906**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,595.54** |
|---|---|---|---|

**Kennedy Concrete Pavers&Masonr**
**1969-83 South East Avenue**
**Vineland, NJ 08360**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kennett Square Borough**
**Walnut Street Parking Lot**
**Kennett Square, PA 19348**

Date(s) debt was incurred  **5-30-2020**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kennett Square Golf & Country Club**
**100 E. Locust Lane**
**Kennett Square, PA 19348**

Date(s) debt was incurred  **5-29-2020**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kerry Stewart**
**343 Hogbin Road**
**Millville, NJ 08332**

Date(s) debt was incurred  **7-06-2020**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Advanced Pavement Group, LLC**
_____    Case number *(if known)* _____
          Name

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Mullens**
**59 Woodmont Drive**
**Randolph, NJ 07869**

Date(s) debt was incurred  **3-30-2020**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.72** |

**Keystone Fire Protection Co.**
**433 Industrial Drive**
**North Wales, PA 19454**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.94** |

**Kimball Midwest**
**DEPT. L-2780**
**Columbus, OH 43260-2780**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kimco Realty Corporation**
**3333 New Hyde Park Rd**
**New Hyde Park, NY 11042**

Date(s) debt was incurred  **5-15-2020**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,550.00** |

**Kimmel & Associates**
**25 Page Avenue**
**Asheville, NC 28801**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,513.03** |

**KLK Trucking Co. Inc.**
**265 Ryan Street**
**South Plainfield, NJ 07080**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |

**KNK Transport Corp.**
**465 Central Avenue**
**Apt. 2**
**Newark, NJ 07107**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.81** |
| | **Knox Equipment Rentals**<br>**300 Boot Road**<br>**Downingtown, PA 19335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,454.68** |
| | **Komatsu Northeast**<br>**32970 Collection Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Korg USA Inc**<br>**316 S Service Rd**<br>**Melville, NY 11747** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1-01-2021__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Korman Communities**<br>**580 West Germantown Pike**<br>**Plymouth Meeting, PA 19462** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/30/2020__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **KPHOA**<br>**18 Kings Park Drive**<br>**Rye Brook, NY 10573** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/6/2020__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Kraft Power Corportion**<br>**241 West Parkway**<br>**Pompton Plains, NJ 07444** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/16/2020__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **KRS Contractors LLC**<br>**3121 Fire Road**<br>**Egg Harbor Twp, NJ 08234** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/22/2020__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Advanced Pavement Group, LLC**
_____   Case number *(if known)* _____
Name

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kyocera Document Solutions NY**
**225 Sand Road**
**Suite 100**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,123.33** |
|---|---|---|---|

**L & L Redi Mix**
**1939 Route 206**
**Vincentown, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**L. Keeley Construction**
**500 S Ewing**
**Suite G**
**St. Louis, MO 63103**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2020**

**Basis for the claim:** **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**L. Keeley Construction**
**500 S. Ewing, Suite G**
**St. Louis, MO 63103**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

**Basis for the claim:** **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,840.82** |
|---|---|---|---|

**Lacal Equipment Inc.**
**901 W. Pike St., POB 757**
**Jackson Center, OH 45334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laguna Oaks**
**600 Bayberry Drive**
**Cape May Court House, NJ 08210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-12-2021**

**Basis for the claim:** **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lake Cushetunk Woods COA**
**Van Horn Road**
**Whitehouse Station, NJ 08822**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-14-2020**

**Basis for the claim:** **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number (if known) _____

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Landscape Maintenance Services**
**491 Amwell Rd**
**Bldg. 1, Suite 100**
**Hillsborough, NJ 08844**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  1-08-2021

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,844.48** |
|---|---|---|---|

**Landscape Materials**
**311 Roycefield Road**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Langdale Townhomes**
**Littlewood Court**
**Wayne, NJ 07470**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  9-24-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lau's Realty**
**1157 Deer Park Avenue**
**North Babylon, NY 11703**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-26-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lauri Zhou**
**1308 Waterthrush Ct**
**Middletown, DE 19709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laurie Seigel**
**63 Volpe Way**
**Smyrna, DE 19977**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  9-30-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lawrenceville Point**
**c/o P & A Management, Inc.**
**28 State Highway 33**
**Hamilton, NJ 08619-2538**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.628** | Nonpriority creditor's name and mailing address
**Leafy Green Landscaping**
482 Tuckahoe Road
P.O. Box 534
Buena, NJ 08310

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$595.00**

---

**3.629** | Nonpriority creditor's name and mailing address
**Lebanon Woodglen School**
70 Bunnvale Road
Califon, NJ 07830

Date(s) debt was incurred **8-24-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.630** | Nonpriority creditor's name and mailing address
**Lechmanik, Inc.**
414 Birmingham Road
West Chester, PA 19382

Date(s) debt was incurred **7-17-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.631** | Nonpriority creditor's name and mailing address
**LEHIGH HANSON**
15620 COLLECTION CENTER DRIVE
Chicago, IL 60693-0156

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,208.98**

---

**3.632** | Nonpriority creditor's name and mailing address
**Leo F Kearns, Inc.**
103-33 Lefferts Blvd
Sotuh Richmond Hill, NY 11419

Date(s) debt was incurred **12/1/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.633** | Nonpriority creditor's name and mailing address
**Lerner Properties - NJ Branch**
276 Route 202/31
Flemington, NJ 08822

Date(s) debt was incurred **12/11/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.634** | Nonpriority creditor's name and mailing address
**Lerner Properties - NY Branch**
720 E. Palisade Avenue, Suite 203
Englewood Cliffs, NJ 07632

Date(s) debt was incurred **1-01-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.635**

**Nonpriority creditor's name and mailing address**

**Les Green**
**18 East Lexton Road**
**New Castle, DE 19720**

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.636**

**Nonpriority creditor's name and mailing address**

**Levin Management Corp**
**P.O. Box 36216**
**Charlotte, NC 28236**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.637**

**Nonpriority creditor's name and mailing address**

**Lewis Environmental Group**
**155 Railroad Plaza**
**Royersford, PA 19468**

Date(s) debt was incurred  **6-30-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.638**

**Nonpriority creditor's name and mailing address**

**Liberty Corner Presbyterian Church**
**45 Church Street**
**Liberty Corner, NJ 07938**

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.639**

**Nonpriority creditor's name and mailing address**

**Liberty Group; The**
**50 Industrial Ave**
**Berkley Heights, NJ 07922**

Date(s) debt was incurred  **4-17-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.640**

**Nonpriority creditor's name and mailing address**

**Liberty Lines & Sealcoating**
**244 Broad Street**
**Red Bank, NJ 07701**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$35,800.85**

---

**3.641**

**Nonpriority creditor's name and mailing address**

**Linda Lewis**
**160 Forest Lane**
**Newark, DE 19711**

Date(s) debt was incurred  **7-09-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**                                   Case number *(if known)* _____
_____
Name

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Linda Mele**
**908 Benge Road**
**Hockessin, DE 19707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Linda Myers**
**26 Hengst Farm Lane**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lindemon Contracting**
**440 Rt. 47 N**
**Cape May Court House, NJ 08210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**LIPTAK Commercial Realty, Inc.**
**277 Martine Ave, Suite 200**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-28-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lisa Sanzone**
**1035 Graylyn Road**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-18-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lisa Szczerba**
**129 Clear Creek Drive**
**Bear, DE 19701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-12-2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Locust Hill Homeowners Assoc**
**c/o FirstService Residential E**
**P.O. Box  30368**
**Charlotte, NC 28230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number ___

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.649** | Nonpriority creditor's name and mailing address
**Lofts @ Washington Town Center; The**
**c/o P & A Management**
**28 Highway 33**
**Hamilton, NJ 08619**

Date(s) debt was incurred  12/23/2020
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.650** | Nonpriority creditor's name and mailing address
**London Britain Township**
**PO Box 215**
**Kemblesville, PA 19347**

Date(s) debt was incurred  7-17-2020
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.651** | Nonpriority creditor's name and mailing address
**Longwood Public Library**
**800 Middle Country Road**
**Middle Island, NY 11953**

Date(s) debt was incurred  5-27-2020
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.652** | Nonpriority creditor's name and mailing address
**LoRe Sweeping Company Inc.**
**175 River Drive**
**2nd Floor**
**Passaic, NJ 07055**

Date(s) debt was incurred  __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,981.20**

---

**3.653** | Nonpriority creditor's name and mailing address
**Lou Altobelli**
**PO Box 95**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred  3-24-2020
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.654** | Nonpriority creditor's name and mailing address
**Louis Carona**
**615 Loveville Road**
**Hockessin, DE 19707**

Date(s) debt was incurred  10/5/2020
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.655** | Nonpriority creditor's name and mailing address
**Louis Lefkowitz Realty, Inc**
**500 N Broadway # 155**
**Jericho, NY 11753**

Date(s) debt was incurred  1-01-2021
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|

**Lucius Transport LLC**
**188 North 17th Street**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Luke Electric LLC**
**59 Blossom Road**
**Hampton, NJ 08827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lutheran Church of the Good Shepard**
**107 South 17th Street**
**Collegeville, PA 19320**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-26-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**M.G.R.E. Property Management**
**30-30 Northern Blvd Suite 400**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-13-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madison Green Village**
**c/o Integra Management**
**200 Valley Rd., Ste. 203**
**Mt. Arlington, NJ 07856**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madison Properties**
**2 Tower Center Boulevard**
**East Brunswick, NJ 08816**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Makda Mebrahtu**
**506 Hagey Place**
**Collegeville, PA 19426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-23-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Malvern Electtonic Security**
**35 Beechwood**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.72** |
|---|---|---|---|

**Manantial Cleaning Services**
**10 Lawrence Ave**
**2nd Fl, Suite 3**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,116.76** |
|---|---|---|---|

**MANLOVE AUTO PARTS**
**601 NORTH REHOBETH BLVD.**
**Milford, DE 19963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manors at Montgomery**
**Manor Drive**
**Montgomery, NJ 08540**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/24/2020__

**Last 4 digits of account number**

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,615.13** |
|---|---|---|---|

**Mansfield Oil Company-IMPAC**
**P.O. Box 733706**
**Dallas, TX 75373-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manuel Camara**
**238 Eastridge Drive**
**Smyrna, DE 19977**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __9-29-2020__

**Last 4 digits of account number**

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,122.50** |
|---|---|---|---|

**Map Transport Corporation**
**P.O. Box 50138**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.670** | Nonpriority creditor's name and mailing address

**Marco Contractors**
**100 Commonwealth Drive**
**Warrendale, PA 15086**

Date(s) debt was incurred  1-31-2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.671** | Nonpriority creditor's name and mailing address

**Marco Z. Trucking LLC**
**477 North 5th Street**
**Newark, NJ 07107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,162.50**

---

**3.672** | Nonpriority creditor's name and mailing address

**Marie Stephany Trans LLC**
**382 Lincoln Avenue**
**Newark, NJ 07104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,399.00**

---

**3.673** | Nonpriority creditor's name and mailing address

**Marie Walsh**
**116 Hickory Hill Blvd.**
**Totowa, NJ 07511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$63.95**

---

**3.674** | Nonpriority creditor's name and mailing address

**MARK LAFFERTY & SON TOPSOIL**
**466 VALLEY ROAD**
**Hockessin, DE 19707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.675** | Nonpriority creditor's name and mailing address

**Marlboro Greens**
**c/o Executive Property**
**4-08 Towne Center Dr**
**North Brunswick, NJ 08902**

Date(s) debt was incurred  10/22/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676** | Nonpriority creditor's name and mailing address

**Martin A. Ackley Associates**
**416 White Horse Pike**
**Atco, NJ 08004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.677 | **Nonpriority creditor's name and mailing address**<br>**MARTIN MARIETTA MATERIALS**<br>**P O BOX 75328**<br>**Charlotte, NC 28275**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$54,793.29**

| | | |
|---|---|---|
| 3.678 | **Nonpriority creditor's name and mailing address**<br>**Mary Balog**<br>**254 Salem Woodstown Road**<br>**Salem, NJ 08079**<br><br>Date(s) debt was incurred  **9-22-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.679 | **Nonpriority creditor's name and mailing address**<br>**Maryland Portable Concrete**<br>**111 Southway**<br>**Havre De Grace, MD 21078**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$39,072.49**

| | | |
|---|---|---|
| 3.680 | **Nonpriority creditor's name and mailing address**<br>**Marylyn Styles**<br>**38 Parkside Drive**<br>**Elverson, PA 19520**<br><br>Date(s) debt was incurred  **10/5/2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.681 | **Nonpriority creditor's name and mailing address**<br>**Matt Krzyzanowski**<br>**34 Silverwood Blvd**<br>**Newark, DE 19711**<br><br>Date(s) debt was incurred  **9-30-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.682 | **Nonpriority creditor's name and mailing address**<br>**Matt Wendal**<br>**172 Royer Drive**<br>**Collegeville, PA 19426**<br><br>Date(s) debt was incurred  **10/30/2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.683 | **Nonpriority creditor's name and mailing address**<br>**Maureen Dougherty**<br>**27 Bradley Drive**<br>**Wilmington, DE 19803**<br><br>Date(s) debt was incurred  **8-28-2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential Warranty Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.684**

**Nonpriority creditor's name and mailing address**
**MAYOR AND COUNCIL OF MIDDLETOW**
**19 WEST GREEN STREET**
**Middletown, DE 19709-1315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.685**

**Nonpriority creditor's name and mailing address**
**Meadow Glen at Monroe**
**FirstService Residential-East**
**P.O. Box 30368**
**Charlotte, NC 28230**

Date(s) debt was incurred **9-21-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.686**

**Nonpriority creditor's name and mailing address**
**Meadows of Lake Ridge; The**
**2 Clear Lake Rd**
**Whiting, NJ 08759**

Date(s) debt was incurred **3-26-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.687**

**Nonpriority creditor's name and mailing address**
**Meckel Associates**
**6712 Washington Avenue**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred **12/29/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.688**

**Nonpriority creditor's name and mailing address**
**Medford Leas**
**1 Medford Leas**
**Medford, NJ 08085**

Date(s) debt was incurred **11/13/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.689**

**Nonpriority creditor's name and mailing address**
**Merakey Foundation**
**East Germantown Pike**
**Lafayette Hill, PA 19462**

Date(s) debt was incurred **11/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.690**

**Nonpriority creditor's name and mailing address**
**Mercedes Narvaez**
**726 Morris Road**
**Hockessin, DE 19707**

Date(s) debt was incurred **9-30-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Advanced Pavement Group, LLC**

Name

Case number (if known) _____

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Merion Trace Apartments**
**7200 Merion Terrace**
**D-106**
**Upper Darby, PA 19082**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-28-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Metro Hydraulic Jack Co Inc**
**1271 McCarter Hwy**
**Newark, NJ 07104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michelle Foster**
**103 Brooks Court**
**Middletown, DE 19709**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-10-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michels Bakery Inc.**
**5698 Rising Sun Avenue**
**Philadelphia, PA 19120**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-21-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Middlegate COA**
**575 Grove Street**
**Clifton, NJ 07013**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-30-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Middlegate Mews COA**
**575 Grove Street**
**Clifton, NJ 07013**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,185.00** |

**Midnight Engineering**
**2813 Naamans Road**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ____

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.698**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midtown Management** | ■ Contingent | |
| **15 America Avenue** | ■ Unliquidated | |
| **Lakewood Township, NJ 08701** | ☐ Disputed | |
| Date(s) debt was incurred  **6-17-2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.699**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midtown Management** | ■ Contingent | |
| **Lincoln Court Apartments** | ■ Unliquidated | |
| **Lincoln Avenue** | ☐ Disputed | |
| **Lindenwold, NJ 08021** | | |
| Date(s) debt was incurred  **10/23/2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.700**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midwest Construction** | ■ Contingent | |
| **1300 Woodfield Road** | ■ Unliquidated | |
| **Schaumburg, IL 60173** | ☐ Disputed | |
| Date(s) debt was incurred  **11/30/2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.701**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Miguel Echevarria** | ■ Contingent | |
| **1202 Mullet Road** | ■ Unliquidated | |
| **Wilmington, DE 19808** | ☐ Disputed | |
| Date(s) debt was incurred  **6-01-2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.702**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Mike Cobb** | ■ Contingent | |
| **107 East  Sutton Drive** | ■ Unliquidated | |
| **Wilmington, DE 19810** | ☐ Disputed | |
| Date(s) debt was incurred  **11/9/2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.703**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Mike Hamlin** | ■ Contingent | |
| **231 Casper Way** | ■ Unliquidated | |
| **Middletown, DE 19709** | ☐ Disputed | |
| Date(s) debt was incurred  **10/26/2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.704**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Mike Mooney** | ■ Contingent | |
| **197 Lupine Drive** | ■ Unliquidated | |
| **Smyrna, DE 19977** | ☐ Disputed | |
| Date(s) debt was incurred  **9-25-2020** | **Basis for the claim:  Potential Warranty Claim** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mike Reader**
**620 Langwater Drive**
**Newark, DE 19711**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4-07-2020**

**Last 4 digits of account number** _

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Missy Peek**
**2548 Cedar Street**
**Millville, NJ 08332**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5-11-2020**

**Last 4 digits of account number** _

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mitchell Duling**
**3014 Videre Drive**
**Wilmington, DE 19808**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6-08-2020**

**Last 4 digits of account number** _

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MJF Contracting**
**420 West Edgwood Ave**
**Linwood, NJ 08221**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6-22-2020**

**Last 4 digits of account number** _

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,720.00** |
|---|---|---|---|

**MMT Landscaping LLC**
**P.O. Box 2805**
**Plainfield, NJ 07062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.45** |
|---|---|---|---|

**MODERN CONTROLS**
**7 BELLECOR DRIVE**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohammed Ali**
**123 Wren Way**
**Newark, DE 19711**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9-30-2020**

**Last 4 digits of account number** _

**Basis for the claim:  Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
        Name                                     Case number *(if known)*

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moji Saberin**
**503 Hagey Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Molloy Construction Services**
**3529 West Chester Pike - Suite**
**Newton Square, PA 19073**

Date(s) debt was incurred  **10/31/2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monmouth Medical Center**
**300 2nd Avenue**
**Long Branch, NJ 07740**

Date(s) debt was incurred  **4-30-2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,100.00** |
|---|---|---|---|

**Montco Fence**
**12 Swamp Pike**
**Royersford, PA 19468**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montgomery Professional Center**
**46 Vreeland Drive**
**Montgomery, NJ 08558**

Date(s) debt was incurred  **6-05-2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montgomery Woods**
**1A Brookline Court**
**Montgomery, NJ 08590**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Montville Chase COA**
**2 Chase Run**
**Montville, NJ 07045**

Date(s) debt was incurred  **9-14-2020**

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.719**

**Nonpriority creditor's name and mailing address**
**Morrow Memorial Church**
**600 Ridgewood Road**
**Maplewood, NJ 07040**

Date(s) debt was incurred **6-15-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720**

**Nonpriority creditor's name and mailing address**
**MSC Industrial Direct Co. Inc.**
**75 Maxess Road**
**Melville, NY 11747-3151**

Date(s) debt was incurred **12/21/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.721**

**Nonpriority creditor's name and mailing address**
**MSC INDUSTRIAL SUPPLY CO INC.**
**PO BOX 953635**
**Saint Louis, MO 63195-3635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$122.45**

---

**3.722**

**Nonpriority creditor's name and mailing address**
**MTD Services**
**4598 Kirkwood Highway**
**Wilmington, DE 19808**

Date(s) debt was incurred **11/20/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.723**

**Nonpriority creditor's name and mailing address**
**Mutual of Omaha**
**Payment Porcessing Center**
**P.O. Box 2147**
**Omaha, NE 68103-2147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$551.81**

---

**3.724**

**Nonpriority creditor's name and mailing address**
**N.O. Trucking LLC**
**36 Peck Avenue**
**Newark, NJ 07107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,480.00**

---

**3.725**

**Nonpriority creditor's name and mailing address**
**NAI Long Island**
**1601 Veterans Memorial Highway**
**Suite 420**
**Islandia, NY 11749**

Date(s) debt was incurred **1-01-2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**

Name                                                        Case number *(if known)*

| | | |
|---|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Namdar Realty Group LLC**
**150 Great Neck Rd #304**
**Great Neck, NY 11021**

Date(s) debt was incurred   1-01-2021

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

3.727   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$652.75**

**Napa Auto Parts**
**1912-1914 Union Blvd**
**Bay Shore, NY 11706-7997**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.728   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$5,228.87**

**Napa Auto Parts**
**PO Box 414988**
**Boston, MA 02241-4988**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.729   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$434.11**

**Napco Copy Graphics Center**
**P.O. Box 234**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.730   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Nason Construction Inc.**
**3411 Silverside Road**
**Suite 200**
**Wilmington, DE 19810**

Date(s) debt was incurred   11/30/2020

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

3.731   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Nason Contruction Inc**
**3411 Silverside Road**
**Suite 200**
**Wilmington, DE 19810**

Date(s) debt was incurred   7-29-2020

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

3.732   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Natale Landscaping**
**1812 Front Street**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred   1-29-2021

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**National Realty & Development Corp**
**3 Manhattanville Road**
**Suite 202**
**Purchase, NY 10577**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6-05-2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**National Realty Corp**
**1001 Baltimore Pike**
**Springfield, PA 19064**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Neighborhood Health Center**
**1700-58 Myrtle Avenue**
**Plainfield, NJ 07063**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/16/2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.736** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New Baldwin Associates LLC**
**200 Baldwin Road**
**Parsippany, NJ 07054**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/24/2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New Castle County**
**Accounts Payable**
**87 Reads Way**
**New Castle, DE 19720**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/19/2020**

Last 4 digits of account number __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,470.08**

**New Enterprise Stone & Lime Co**
**P. O. Box 645211**
**Pittsburgh, PA 15264-5211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422.37**

**New Image Landscaping & Supply**
**2801 Hamilton Blvd.**
**South Plainfield, NJ 07080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**
_____    Case number *(if known)* _____
　　　　　Name

| | | |
|---|---|---|
| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.740 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

New Jersey Motorsports Park
47 Warbird Dr
Millville, NJ 08332

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-15-2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.741 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

New London Township
902 State Road
West Grove, PA 19390

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-21-2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.742 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

Newmark Knight Frank
1240 Headquarters Plaza
East Tower 8th Floor
Morristown, NJ 07960

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/27/2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.743 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**$90.10**

NexClean
1304 G oshen Parkway
Suite 300
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.744 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

NG Generation LLC
300 Erie Blvd W
Syracuse, NY 13202-4201

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **3-23-2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.745 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

Nick Zingo
193 Laurel Bridge Road
Landenberg, PA 19350

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **8-26-2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.746 **Nonpriority creditor's name and mailing address**　　As of the petition filing date, the claim is: *Check all that apply.*　　**Unknown**

Nipro PharmaPackaging Americas Corp
1200 N. 10th Street
Millville, NJ 08332

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2020**

Last 4 digits of account number ___

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Advanced Pavement Group, LLC** | Case number *(if known)* |
| Name | |

---

**3.747**

**Nonpriority creditor's name and mailing address**
Nissi Landscaping Corp.
1581 Brightshore Blvd
Bay Shore, NY 11706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.748**

**Nonpriority creditor's name and mailing address**
NJ DOT Highway Safety
P.O. Box 230
Trenton, NJ 08625

Date(s) debt was incurred __1-22-2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.749**

**Nonpriority creditor's name and mailing address**
NO Transport LLC
681-683 N 8th Street
Newark, NJ 07107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$680.00**

---

**3.750**

**Nonpriority creditor's name and mailing address**
North Bridge Properties
475 N. Bridge Street
Bridgewater, NJ 08807

Date(s) debt was incurred __8-11-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.751**

**Nonpriority creditor's name and mailing address**
Northern Tool & Equipment
P.O. Box 105525
Atlanta, GA 30348-5525

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$145.54**

---

**3.752**

**Nonpriority creditor's name and mailing address**
Northgate Condo
Northgate Road
Washington Township, NJ 07676

Date(s) debt was incurred __7-20-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.753**

**Nonpriority creditor's name and mailing address**
Northside @ Summerfield
c/o P & A Management Inc.
28 State Highway 33
Hamilton, NJ 08619

Date(s) debt was incurred __9-19-2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.754**

**Nonpriority creditor's name and mailing address**
**Northwell Health Corporate**
**1111 Marcus Avenue, Suite 107**
**New Hyde Park, NY 11042**

Date(s) debt was incurred  **1-15-2021**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.755**

**Nonpriority creditor's name and mailing address**
**Nuve Angamarca Trucking LLC**
**56 Beech Street**
**Belleville, NJ 07109**

Date(s) debt was incurred  _

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$892.50**

---

**3.756**

**Nonpriority creditor's name and mailing address**
**Oak Hill at Independence HOA**
**718 Lindsey Drive**
**Hackettstown, NJ 07840**

Date(s) debt was incurred  **8-14-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.757**

**Nonpriority creditor's name and mailing address**
**Oak Ridge at Hanover**
**Oak Ridge Drive**
**Whippany, NJ 07981**

Date(s) debt was incurred  **7-22-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.758**

**Nonpriority creditor's name and mailing address**
**Ole Hansen**
**4 Jimmie Leeds Road**
**Galloway, NJ 08205**

Date(s) debt was incurred  **4-30-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.759**

**Nonpriority creditor's name and mailing address**
**One Source Facilities Services LLC**
**10220 North 31st Avenue**
**Phoenix, AZ 85051**

Date(s) debt was incurred  **3-20-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.760**

**Nonpriority creditor's name and mailing address**
**Optisource International Inc.**
**40 Sawgrass Drive**
**Bellport, NY 11713**

Date(s) debt was incurred  **9-17-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.761** | **Nonpriority creditor's name and mailing address**
**Ordonez Landscaping LLC**
**424 Roseville Avenue**
**Newark, NJ 07107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,422.50**

---

**3.762** | **Nonpriority creditor's name and mailing address**
**Ordonez Trucking LLC**
**13 Waldo Avenue**
**Bloomfield, NJ 07003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$21,845.00**

---

**3.763** | **Nonpriority creditor's name and mailing address**
**Ornstein Leyton Realty, Inc.**
**210 Brookfield Avenue**
**Center Moriches, NY 11934**

Date(s) debt was incurred __11/25/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.764** | **Nonpriority creditor's name and mailing address**
**Oscar P. Trucking LLC**
**98 N 10th Street**
**Newark, NJ 07107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,560.00**

---

**3.765** | **Nonpriority creditor's name and mailing address**
**Osprey Cove LLC**
**2058 Rt. 9**
**Ocean View, NJ 08230**

Date(s) debt was incurred __12/10/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.766** | **Nonpriority creditor's name and mailing address**
**Overlook Condo Association in**
**2 Overlook Drive**
**Stewartsville, NJ 08886**

Date(s) debt was incurred __11/12/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.767** | **Nonpriority creditor's name and mailing address**
**Oxford Village**
**2 Dolinger Drive**
**West Grove, PA 19390**

Date(s) debt was incurred __12/30/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.06** |
|---|---|---|---|

**P & G Instrument Corp**
**268 Islip Avenue**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Pabco Industries**
**166 Frelinghuysen Avenue**
**Newark, NJ 07114-1694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,110.60** |
|---|---|---|---|

**Paraco Gas Corporation**
**P.O. Box 412227**
**Boston, MA 02241-2227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217.71** |
|---|---|---|---|

**Paradise Concrete Solutions**
**2771 Lincoln HWY E.**
**Ronks, PA 17572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Park Place at the Avenue**
**c/o Taylor Management**
**P.O. Box 681312**
**Charlotte, NC 28216**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-24-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Parklt Management**
**250 West 26th Street**
**4th Floor**
**New York, NY 10001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Parkside Condominiums**
**Parkside Road**
**Bedminster, NJ 07921**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-31-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,675.00**

**Parma Contracting Corp.**
**11 Harbour Land 1A**
**Oyster Bay, NY 11771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Parsons Village**
**320 South Street**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/24/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patti Calvarese**
**225 Charleston Drive**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __9-15-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paul Miller Auto Group**
**1170 Bloomfield Avenue**
**West Caldwell, NJ 07006**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/30/2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paul Steenkamer**
**126 Parrish Lane**
**Wilmington, DE 19810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __8-24-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paving Materials & Contracting**
**150 River Road**
**Suite H4**
**Montville, NJ 07045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __7-31-2020__

**Basis for the claim:** __Potential Warranty Claim__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,206.01**

**PDQ Auto Supply**
**240 North First Avenue**
**Manville, NJ 08835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
                Name                                              Case number *(if known)*

---

**3.782**   **Nonpriority creditor's name and mailing address**

**Peabody Realty**

Date(s) debt was incurred  7-17-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.783**   **Nonpriority creditor's name and mailing address**

**Penafiel Transport, LLC**
**14 La France Avenue**
**Bloomfield, NJ 07003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$14,535.00**

---

**3.784**   **Nonpriority creditor's name and mailing address**

**Peninsula Public Library**
**280 Central Avenue**
**Lawrence, NY 11559**

Date(s) debt was incurred  6-26-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.785**   **Nonpriority creditor's name and mailing address**

**Penn Jersey Building Materials**
**2819 Fire Road**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,370.78**

---

**3.786**   **Nonpriority creditor's name and mailing address**

**Pennington Point Condo Association**
**2 Woolsey Court**
**Pennington, NJ 08534**

Date(s) debt was incurred  11/20/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.787**   **Nonpriority creditor's name and mailing address**

**Pennrose Properties**
**1998 New Jersey 18**
**Old Bridge Twp, NJ 08857**

Date(s) debt was incurred  12/9/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.788**   **Nonpriority creditor's name and mailing address**

**Penske**
**163-01 Rockaway Blvd.**
**Jamaica, NY 11434**

Date(s) debt was incurred  10/28/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**         Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.789**

**Nonpriority creditor's name and mailing address**
**Perfecting Faith Church**
**311 N Main St**
**Freeport, NY 11520**

Date(s) debt was incurred  **11/13/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.790**

**Nonpriority creditor's name and mailing address**
**PERSONNEL CONCEPTS**
**P O BOX 3353**
**San Dimas, CA 91773-7353**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52.08**

---

**3.791**

**Nonpriority creditor's name and mailing address**
**Peter Mrozinski**
**309 Hyde Park Road**
**Landenberg, PA 19350**

Date(s) debt was incurred  **6-03-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.792**

**Nonpriority creditor's name and mailing address**
**Peter Ramirez**
**183 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  **7-23-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.793**

**Nonpriority creditor's name and mailing address**
**Petro Home Services**
**PO Box 70282**
**Philadelphia, PA 19176-0282**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,772.38**

---

**3.794**

**Nonpriority creditor's name and mailing address**
**Philadelphia Bearing & Drive**
**3443 Bethlehem Pike**
**Souderton, PA 18964**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.795**

**Nonpriority creditor's name and mailing address**
**Philips International Holding Corp.**
**295 Madison Ave 2nd floor**
**New York, NY 10017**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Advanced Pavement Group, LLC**
_____       Case number (if known) _____
        Name

| | | |
|---|---|---|

**3.796**

**Nonpriority creditor's name and mailing address**

**Phillip Weiss**
**123 East Rutherford Drive**
**Newark, DE 19713**

Date(s) debt was incurred  **8-31-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.797**

**Nonpriority creditor's name and mailing address**

**Phoenix Landscape Group**
**150 Maple Street**
**Ste 301**
**South Plainfield, NJ 07080**

Date(s) debt was incurred  **4-22-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.798**

**Nonpriority creditor's name and mailing address**

**Piedmont Operating Partnership, LP**
**c/o Piedmont Office Management**
**P.O. Box 7679**
**Mernfield, VA 22116-7679**

Date(s) debt was incurred  **5-31-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.799**

**Nonpriority creditor's name and mailing address**

**Piermont Properties**
**901 Stewart Ave**
**Garden City, NY 11530**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.800**

**Nonpriority creditor's name and mailing address**

**Pilot Corp.**
**5508 Lonas Drive**
**Knoxville, TN 37909**

Date(s) debt was incurred  **12/30/2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801**

**Nonpriority creditor's name and mailing address**

**Pinewood Acres**
**1 Pinewood Acres Avenue**
**Dover, DE 19901**

Date(s) debt was incurred  **7-30-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.802**

**Nonpriority creditor's name and mailing address**

**Pioneer Properties**
**350 Passaic St # 6**
**Rochelle Park, NJ 07662**

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **Advanced Pavement Group, LLC**
_____
         Name                                         Case number (if known)   _____

| 3.803 | **Nonpriority creditor's name and mailing address**<br>**PIRHL Contractors, LLC**<br>**800 W St Clair Ave**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  12/18/2020 | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.804 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes - Lease**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$177.93** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes - Postage**<br>**CMRS - PB**<br>**PO Box 7247-0166**<br>**Philadelphia, PA 19170-0166** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$595.93** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address**<br>**Planet Fitness**<br>**4952 Pennell Road**<br>**Aston, PA 19014** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  10/30/2020 | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address**<br>**Players Place Condo Association**<br>**455 Larchmont Blvd**<br>**Suite 14A**<br>**Mount Laruel Twp, NJ 08054** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  11/30/2020 | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address**<br>**Pleasant Valley Corporation**<br>**1093 Medina Road**<br>**Suite 110**<br>**Medina, OH 44256** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  5-19-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.809 | **Nonpriority creditor's name and mailing address**<br>**Pointe at Crystal Lake**<br>**c/o Integra Management**<br>**200 Valley Road, Ste 203**<br>**Mt. Arlington, NJ 07856** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred  7-22-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.810**

**Nonpriority creditor's name and mailing address**
**Polanco Trucking LLC**
**221 Clifton Avenue**
**Newark, NJ 07104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,740.00**

---

**3.811**

**Nonpriority creditor's name and mailing address**
**Port Contractors**
**529 Terminal Avenue**
**New Castle, DE 19720**

Date(s) debt was incurred  **3-16-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.812**

**Nonpriority creditor's name and mailing address**
**Port Imperial COA**
**175 Avenue at Port Imperial**
**West New York, NJ 07093**

Date(s) debt was incurred  **12/9/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813**

**Nonpriority creditor's name and mailing address**
**Posillico Materials East**
**1750 New Highway**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,112.43**

---

**3.814**

**Nonpriority creditor's name and mailing address**
**Posillico Materials,  LLC**
**1750 New Highway**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$105,359.46**

---

**3.815**

**Nonpriority creditor's name and mailing address**
**PPC Lubricants**
**305 Micro Drive**
**Jonestown, PA 17038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$596.03**

---

**3.816**

**Nonpriority creditor's name and mailing address**
**PRD Realty**
**19 W 34th St #918**
**New York, NY 10001**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$849.38** |

**Precast Manufacturing Co.**
**187 Stryker's Road**
**Phillipsburg, NJ 08865**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Precision  Air Convey**
**465 Corporate Blvd**
**Newark, DE 19702**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __12/22/2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12,023.25** |

**Pride Landscape Supply**
**350 Ernston Road**
**Parlin, NJ 08859**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$451.88** |

**Primary Control Systems Inc.**
**73 Ireland Pl. PMB 196**
**Amityville, NY 11701**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Princeton Gate**
**c/o First Residential East**
**P.O. Box 30368**
**Charlotte, NC 28230**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __9-30-2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$9,170.67** |

**Pro Grade Materials LLC**
**1 Morris Street - 9211**
**Morristown, NJ 07963**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Prologis, Inc.**
**300 Park Avenue**
**16th Floor, Suite C**
**New York, NY 10022**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __12/4/2020__

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.824**

**Nonpriority creditor's name and mailing address**
**Protection Technologies Servic**
7760 SW 180th Terrace
Miami, FL 33157

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,406.87**

---

**3.825**

**Nonpriority creditor's name and mailing address**
**Providence Creek Academy**
273 West Duck Creek Road
Clayton, DE 19938

Date(s) debt was incurred  **11/30/2020**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**PSC CONTRACTING, INC.**
P.O. BOX 319
Delaware City, DE 19706

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$263.00**

---

**3.827**

**Nonpriority creditor's name and mailing address**
**PSEGLI**
PO Box 9039
Hicksville, NY 11802-9039

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,081.06**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**Pumpcoat Inc.**
32 Fairfield Dr
East Falmouth, MA 02536

Date(s) debt was incurred  **1-25-2021**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**Pumptown Corners South**
67 Pheasant Run
Edison, NJ 08820

Date(s) debt was incurred  **11/30/2020**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.830**

**Nonpriority creditor's name and mailing address**
**R Moreano Trucking LLC**
86 Birch Street
Old Bridge, NJ 08857

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$850.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,446.96** |
|-------|--|--|--|

**R. E. Pierson Material Corp.**
**P.O. Box 704**
**Bridgeport, NJ 08014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,847.50** |
|-------|--|--|--|

**R. Marinho Enterprises Corp.**
**500 7th Street**
**Harrison, NJ 07029**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|--|--|--|

**Rachel Muhlenforth**
**136 Back Creek Drive**
**Middletown, DE 19709**

Date(s) debt was incurred **6-10-2020**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|--|--|--|

**Raintree HOA**
**10 Raintree Road**
**Chadds Ford, PA 19317**

Date(s) debt was incurred **6-19-2020**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|--|--|--|

**Ralph Ave Associates LLC**
**3711 Shore Pkwy**
**Brooklyn, NY 11235**

Date(s) debt was incurred **10/26/2020**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|--|--|--|

**Ralph Cerullo**
**65 Hemlock Lane**
**Bayshore, NY 11706**

Date(s) debt was incurred **10/7/2020**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,715.03** |
|-------|--|--|--|

**Ralph Clayton & Sons**
**PO Box 3015**
**Lakewood, NJ 08701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ralph Guiteau**
**258 Bayview Avenue**
**Freeport, NY 11520**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-11-2021**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ramapo Homes**
**356 Main Street**
**South Seaville, NJ 08246**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Raritan Crossing LLC**
**c/o Larken Associates**
**1250 Rt. 28 Suite 101**
**Branchburg, NJ 08876**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Raritan Crossings**
**18 Regency Manor Drive**
**Bldg. 1**
**New Brunswick, NJ 08901**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-28-2021**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Raritan Valley Prof Center, Bldg 1**
**575 RT 28**
**Raritan, NJ 08869**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.843** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,763.20**

**Rason Asphalt**
**PO Box 530**
**Old Bethpage, NY 11804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00**

**Raul Miranda**
**100 Hendel Avenue**
**North Arlington, NJ 07031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.845 | **Nonpriority creditor's name and mailing address**<br>Ray Harechmak<br>13 Oscar Mill Lane<br>Smyrna, DE 19977<br><br>**Date(s) debt was incurred**  10/26/2020<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.846 | **Nonpriority creditor's name and mailing address**<br>RCS Realty<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** RCS Realty<br>**[Deposits, including security deposits and utility deposits]**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$12,600.00** |
| 3.847 | **Nonpriority creditor's name and mailing address**<br>Realco Managment Inc.<br><br>**Date(s) debt was incurred**  1-01-2021<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.848 | **Nonpriority creditor's name and mailing address**<br>Reba Brown Senior Residence<br>1450 South 50th Street<br>Philadelphia, PA 19143<br><br>**Date(s) debt was incurred**  8-28-2020<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.849 | **Nonpriority creditor's name and mailing address**<br>Red Apple Group<br>800 Third Avenue<br>New York, NY 10022<br><br>**Date(s) debt was incurred**  8-26-2020<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.850 | **Nonpriority creditor's name and mailing address**<br>Redstone - National Amusements Farmingda<br><br>**Date(s) debt was incurred**  12/31/2020<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.851 | **Nonpriority creditor's name and mailing address**<br>Regency at Trotters Pointe<br>Sunset Drive<br>Tinton Falls, NJ 07724<br><br>**Date(s) debt was incurred**  7-31-2020<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential Warranty Claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

Debtor   **Advanced Pavement Group, LLC**                    Case number (if known)
_____
Name

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Regina Kuehn**
**165 Royer Drive**
**Collegeville, PA 19426**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-23-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.83** |

**Reilly & Sons Inc.**
**601 E. Lincoln Highway**
**P.O. Box 183**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,871.54** |

**Reilly Sweeping, Inc.**
**PO Box 74030**
**Cleveland, OH 44194-0115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Renaissance at Cranberry Crossing**
**c/o FirstService Residential E**
**21 Christopher Way**
**Eatontown, NJ 07724**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-17-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Renaissance Bay**
**200 La Bonne Vie Drive**
**Patchogue, NY 11772**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-27-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Renaissance Technologies LLC**
**600 NY-25**
**East Setauket, NY 11733**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8-26-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.40** |

**Republic Service #319**
**PO Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
_____
Name
                                                    Case number _(if known)_  _____

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Requerdo Company**
**21 Reynolds Rd**
**Glen Cove, NY 11542**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2020

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Residuary Trust; The**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/30/2020

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$525.03** |
|---|---|---|---|

**REV Parts, LLC**
**29098 Network Place**
**Chicago, IL 60673-1290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$211.25** |
|---|---|---|---|

**Rezkom Enterprises**
**11 Cindy Lane**
**Suite 7**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Rhino Excavating**
**1175 East Main Street**
**Mount Joy, PA 17552**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/2020

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Rhodes Building Management**
**295 Madison Ave**
**New York, NY 10017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1-01-2021

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Rich Carey**
**220 Hockessin Circle**
**Hockessin, DE 19707**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9-15-2020

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**

Name

Case number (if known)

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rich Cronin**
**302 Charleston Drive**
**Wilmington, DE 19808**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4-06-2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.33 |
|---|---|---|---|

**Rich Florio and Lou Bielinki**
**830B Ardmore Road**
**Monroe Township, NJ 08831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Fraim**
**526 Hemingway Drive**
**Hockessin, DE 19707**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9-15-2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Jones**
**114 Willow Glen Circle**
**Kennett Square, PA 19348**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **8-21-2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ridge Oak II, Inc.**
**150 Manchester Drive**
**Basking Ridge, NJ 07080**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/26/2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ridge Oak, Inc.**
**150 Manchester Drive**
**Basking Ridge, NJ 07920**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/26/2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rimsi Corp**
**2600 Tower Oaks Blvd**
**Rockville, MD 20852**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9-16-2020**

Last 4 digits of account number

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Advanced Pavement Group, LLC**                                 Case number *(if known)*
_____
Name

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rio Vista HOA**
**11 Rio Vista**
**Allendale, NJ 07401**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-11-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ripco Real Estate Corp**
**150 E 58th St.**
**Floor 15**
**New York, NY 10155**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-25-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rivermill West Condominiums**
**750 Mill Street**
**Belleville, NJ 07109**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-08-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Cann**
**301 South Ogle Avenue**
**Wilmington, DE 19805**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.69** |
|---|---|---|---|

**Robert Carrozza**
**199 Wood Road**
**Centereach, NY 11720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Critzer**
**208 N. Walnut Street**
**Newport, DE 19804**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-15-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert H. Wise Management Co.**
**Heritage Park Condominium**
**Heritage Park Boulevard**
**Trappe, PA 19426**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-31-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**                                  Case number *(if known)* _____
_____
Name

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Huss**
**118 Felix View Court**
**Smyrna, DE 19977**

�True **Contingent**
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Loan**
**30 Woodsview Drive**
**Garnet Valley, PA 19060**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Vassel**
**122 Paul's Lane**
**Water Mill, NY 11976**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-26-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberta Lowenstein**
**905 Mountain Avenue**
**Springfield, NJ 07081**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-31-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roca Management Corp**
**100 N Village Ave**
**Rockville Centre, NY 11570**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rocco Arno Paving**
**191 Rosenhayn Ave.**
**Bridgeton, NJ 08302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-08-2020**

**Basis for the claim:  Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**Rock Tech, Inc.**
**68B Allen Blvd.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

**Basis for the claim:  Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.887** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,597.50**

**Rockwell Conctractor LLC**
**301 Maple Avenue**
**Apt. 235**
**Plainfield, NJ 07060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Roger Bowman**
**25 Dartmouth Road**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **6-04-2020**

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,477.49**

**Roll Rite Towing**
**639 Sunrise Hwy**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ron Stewart**
**4504 Pebble Drive**
**Wilmington, DE 19802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2020**

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Rose Gate Condominiums**
**Rosegate Drive**
**Old Bridge Township, NJ 08857**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/29/2020**

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Rose Hill Community Center**
**19 Lambson Lane**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/10/2020**

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Rosendin Electric**
**500 Hercules Road**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **8-31-2020**

Basis for the claim: __Potential Warranty Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**                                       Case number *(if known)*
　　　　　　 Name

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rossmoor Community**
**245 Prospect Plains Road**
**Monroe, NJ 08831**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-08-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royal Development**
**325 Kettering Rd**
**High Point, NC 27263**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royal Mason**
**33 Lunenberg Drive**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-21-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royal of America Management LLC**
**825 Northern Blvd**
**1st Floor**
**Great Neck, NY 11021**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-01-2021**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RPAI US Mgmt LLC**
**8 Griffin Rd N**
**Windsor, CT 06095**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RPM Development Group**
**77 Park Street**
**Montclair, NJ 07042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-31-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rutgers Preparatory School**
**1345 Easton Avenue**
**Somerset, NJ 08873**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.901** | Nonpriority creditor's name and mailing address
**Rutgers, The State University**
**57 US Highway 1**
**New Brunswick, NJ 08901-8554**

Date(s) debt was incurred  **1-29-2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address
**RWC Windows, Doors & More**
**686 Passaic Ave**
**West Caldwell, NJ 07006**

Date(s) debt was incurred  **12/11/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address
**Sabino's Pool Plastering LLC**
**4371 Alder Drive**
**Doylestown, PA 18902**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **$38,132.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address
**Sadsbury Township**
**P.O. Box 261**
**Sadsburyville, PA 19369**

Date(s) debt was incurred  **9-28-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address
**Saeg & Son**
**304 Maddock Avenue**
**Trenton, NJ 08610**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **$19,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address
**Safety-Kleen Systems, Inc.**
**P.O. Box 975201**
**Dallas, TX 75397-5201**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **$335.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address
**Saint Francis Hospital**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                          **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**

Name                                                        Case number *(if known)*

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,392.00** |
|---|---|---|---|

**SalesForce.com Inc.**
**PO Box 203141**
**Dallas, TX 75320-3141**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sally Goswell**

Date(s) debt was incurred **8-28-2020**

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra Johnston**
**32 New Village Lane**
**Smyrna, DE 19977**

Date(s) debt was incurred **9-30-2020**

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandy Woods Development**
**10117 SE Sunnyside Rd**
**Ste F1178**
**Clackamas, OR 97015**

Date(s) debt was incurred **11/6/2020**

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saracino Construction Corp**
**36 Potter Avenue**
**Patchogue, NY 11772**

Date(s) debt was incurred **10/8/2020**

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saratoga at Toms River**
**1 Ascot Court**
**Toms River, NJ 08755**

Date(s) debt was incurred **9-29-2020**

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.97** |
|---|---|---|---|

**Sayville Ford**
**PO Box 567**
**Sayville, NY 11782**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Advanced Pavement Group, LLC**
_____
           Name                                                    Case number *(if known)*   _____

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scenic Hills Condo**
**c/o Taylor Management**
**P.O. Box 681312**
**Charlotte, NC 28216**

Date(s) debt was incurred **7-31-2020**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schaeffer Family Homes**
**432 Kelley Dr.**
**Ste F**
**West Berlin, NJ 08091**

Date(s) debt was incurred **1-15-2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schefer Realty**
**144 Luquer Road**
**Port Washington, NY 11050**

Date(s) debt was incurred **1-01-2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schneider Optics**

Date(s) debt was incurred **1-25-2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schuckman Realty Inc**
**120 N Village Ave**
**Rockville Centre, NY 11570**

Date(s) debt was incurred **1-25-2021**

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,806.48** |
|---|---|---|---|

**SEALMASTER**
**10817 WILLIAMSON LANE**
**Cockeysville, MD 21030**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,591.26** |
|---|---|---|---|

**SealMaster Products & Service**
**6853 Ruppsville Road**
**Allentown, PA 18106**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.922**

**Nonpriority creditor's name and mailing address**

**Sean Foster**
**103 Brooks Court**
**Middletown, DE 19709**

Date(s) debt was incurred **6-18-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.923**

**Nonpriority creditor's name and mailing address**

**Seashore Asphalt**
**2451 Route 610**
**Woodbine, NJ 08270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$188,131.39**

---

**3.924**

**Nonpriority creditor's name and mailing address**

**Seashore Associated Mechanical**
**360 South Mannheim Ave**
**Egg Harbor City, NJ 08215**

Date(s) debt was incurred **4-07-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.925**

**Nonpriority creditor's name and mailing address**

**Seasons Enterprise LLC**
**47 Railroad Avenue**
**Netcong, NJ 07857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.00**

---

**3.926**

**Nonpriority creditor's name and mailing address**

**Security Dodge Chrylser**
**345 Merrick Road**
**Amityville, NY 11701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$332.36**

---

**3.927**

**Nonpriority creditor's name and mailing address**

**SECURITY INSTRUMENT COMPANY**
**309 W NEWPORT PIKE**
**Wilmington, DE 19804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.20**

---

**3.928**

**Nonpriority creditor's name and mailing address**

**Sergio Dickey**
**110 3rd Avenue**
**New Castle, DE 19720**

Date(s) debt was incurred **5-21-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Advanced Pavement Group, LLC**    Case number *(if known)*
_____
Name

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Serota Properties**
**70 E Sunrise Highway**
**Valley Stream, NY 11581**

Date(s) debt was incurred  **3-18-2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,915.16** |

**SERVICE ENERGY, LLC**
**PO BOX 1000**
**Cheswold, DE 19936**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,405.61** |

**Service Tire Truck Centers**
**2255 Avenue A**
** PA 18107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shadow Lake Village**
**c/o Taylor Management**
**P.O. Box 681312**
**Charlotte, NC 28216**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shainline Excavating, Inc.**
**800 Township Line Road**
**Phoenixville, PA 19460**

Date(s) debt was incurred  **7-30-2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shana Delcollo**
**10 Winnwood Road**
**Newark, DE 19711**

Date(s) debt was incurred  **10/20/2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shari Graham**
**401 Melchoir Place**
**Collegeville, PA 19426**

Date(s) debt was incurred  **6-26-2020**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Advanced Pavement Group, LLC**
_____    Case number (if known) _____
Name

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shari Samuels**
**317 Eastridge Drive**
**Smyrna, DE 19977**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9-30-2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sharon Gue**
**2308 Silverside Road**
**Wilmington, DE 19810**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8-18-2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sheradel Associates**
**560 Sylvan Avenue, Suite #2100**
**Englewood Cliffs, NJ 07632**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9-24-2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shirley Schwartz**
**5520 East Timberview Court**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/12/2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shiv Shakti Inc,dba Boulevard Motor**
**76-02 Queens Blvd**
**Elmhurst, NY 11373**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/10/2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Short Hills Mall**
**1200 Morris Turnpike**
**Short Hills, NJ 07078**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8-26-2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Silicato Development**
**36932 Silicato Drive**
**Millsboro, DE 19966**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/30/2020**

**Basis for the claim:  Potential Warranty Claim**

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.943**

**Nonpriority creditor's name and mailing address**
**Silicone Roofing Solutions**
**130 Braddock Mill Road**
**Marlton, NJ 08053**

Date(s) debt was incurred  **9-25-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.944**

**Nonpriority creditor's name and mailing address**
**Silver Ponds HOA, Inc.**

Date(s) debt was incurred  **9-14-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.945**

**Nonpriority creditor's name and mailing address**
**Silvi Concrete of Brick, Inc.**
**355 Newbold Road**
**Fairless Hills, PA 19030**

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$97,766.48**

---

**3.946**

**Nonpriority creditor's name and mailing address**
**Simon Eye Associates**
**2625 Concord Pike**
**Suite A**
**Wilmington, DE 19803**

Date(s) debt was incurred  **12/11/2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.947**

**Nonpriority creditor's name and mailing address**
**Simply Storage**
**1925 PA Rte 309**
**Allentown, PA 18104**

Date(s) debt was incurred  **5-28-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.948**

**Nonpriority creditor's name and mailing address**
**Site Centers Corp.**
**3300 Enterprise Parkway**
**VIPNE60**
**Beachwood, OH 44122**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.949**

**Nonpriority creditor's name and mailing address**
**Skip Strusowski**
**11 Emerald Ridge Drive**
**Bear, DE 19701**

Date(s) debt was incurred  **6-05-2020**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.950**

**Nonpriority creditor's name and mailing address**

**Society Hill at Droyers Point**
**1 Lyon Court**
**Jersey City, NJ 07305**

Date(s) debt was incurred  **11/16/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.951**

**Nonpriority creditor's name and mailing address**

**Society Hill at Galloway II**
**299 S. Society Hill Drive**
**Galloway, NJ 08205**

Date(s) debt was incurred  **8-26-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.952**

**Nonpriority creditor's name and mailing address**

**Society Hill at Jersey City COA 1**
**181 Cottonwood St**
**Jersey City, NJ 07305**

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.953**

**Nonpriority creditor's name and mailing address**

**Society Hill at Jersey City II**
**266 Willow Street**
**Jersey CIty, NJ 07305**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.954**

**Nonpriority creditor's name and mailing address**

**Society Hill at Kilmer Wood II**
**FirstService Residential East**
**P.O. Box 30368**
**Charlotte, NC 28230**

Date(s) debt was incurred  **10/31/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.955**

**Nonpriority creditor's name and mailing address**

**Society Hill at Somerset III**
**2 Bethany Court**
**Franklin Park, NJ 08823**

Date(s) debt was incurred  **7-24-2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.956**

**Nonpriority creditor's name and mailing address**

**Society Hill II at East Brunswick**
**Covington Court**
**East Brunswick, NJ 08816**

Date(s) debt was incurred  **12/9/2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.957** | Nonpriority creditor's name and mailing address
**Soifer Realty Corp.**
**100 North Village Ave**
**Suite 37**
**Rockville Center, NY 11570**

Date(s) debt was incurred **1-01-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.958** | Nonpriority creditor's name and mailing address
**Solil Management Corp**
**640 5th Ave**
**Floor 3**
**New York, NY 10019**

Date(s) debt was incurred **1-01-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.959** | Nonpriority creditor's name and mailing address
**Sosdorf Trucking Inc.**
**P.O. Box 171**
**Goshen, NJ 08218**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,880.00**

---

**3.960** | Nonpriority creditor's name and mailing address
**South Fork at Ewing**
**Scenic Drive**
**Ewing Township, NJ 08628**

Date(s) debt was incurred **11/13/2020**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.961** | Nonpriority creditor's name and mailing address
**South Green II**
**51-61 Mount Kemble Ave**
**Morristown, NJ 07960**

Date(s) debt was incurred **9-17-2020**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.962** | Nonpriority creditor's name and mailing address
**South Main Bergen HOA**
**c/o Piazza & Associates**
**216 Rockingham Row**
**Princeton, NJ 08540**

Date(s) debt was incurred **11/30/2020**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.963** | Nonpriority creditor's name and mailing address
**South State Materials LLC**
**P.O. Box 68**
**Bridgeton, NJ 08302**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$167,660.62**

---

Debtor  **Advanced Pavement Group, LLC**                          Case number *(if known)* _____
        _____
        Name

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southside Hospital**
**301 E Main St.**
**Bay Shore, NY 11706**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/20/2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sparks Contractors**
**1307 14th Ave.**
**Dorothy, NJ 08317**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4-01-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spinakker Property Management**
**1006 West 27th Street**
**Wilmington, DE 19802**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **8-31-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spruce Run COA**
**Swan Court**
**Ramsey, NJ 07446**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3-17-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Squirrel Run Condos**
**600 N. Ford Avenue**
**Wilmington, DE 19805**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/20/2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SRP**
**Walgreens - Millsboro**
**28516 Dupont Boulevard**
**Millsboro, DE 19966**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/13/2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Andrews School**
**350 Noxontown Road**
**Middletown, DE 19709**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number  __

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**St. Francis Hospital**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **7-28-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**St. Joseph Roman Catholic Church**
**1346 Broadway**
**Hewlett, NY 11557**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4-21-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Star Parker LLC**
**Star Parker LLC**
**9-20 35th Avenue**
**Long Island City, NY 11106**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **8-26-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Starpoint HOA**
**One Smalley Street**
**Piscataway, NJ 08854**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **12/31/2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**State of Delaware**
**PO Box 830**
**Wilmington, DE 19899-0830**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4-24-2020**

Last 4 digits of account number _

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411,915.87** |
|---|---|---|---|

**Stavola Asphalt Company**
**PO Box 482**
**Red Bank, NJ 07701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,693.10** |
|---|---|---|---|

**Stavola Construction Material**
**P. O. Box 482**
**Red Bank, NJ 07701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109,387.70** |
|---|---|---|---|

**Stavola Flemington**
**P.O. Box 482**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | | **$786.19** |
|---|---|---|---|

**STEEL & METAL SERVICE CENTER D**
**407 OLD AIRPORT ROAD**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Stephen Digiovanni**
**304 Palomino Drive**
**Newark, DE 19711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-23-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Steve Redden**
**401 Hope Drive**
**Middletown, DE 19709**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Steven Michel**
**1177 Dutch Neck Road**
**Middletown, DE 19709**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-14-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | | **$6,863.73** |
|---|---|---|---|

**Stone Industries, Inc.-Braen**
**P.O. Box 8310**
**Haledon, NJ 07538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Stone Run**
**c/o Taylor Management Co.**
**P.O. Box 681312**
**Charlotte, NC 28216**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-01-2020**

Basis for the claim:  **Potential Warranty Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Advanced Pavement Group, LLC**
_____     Case number *(if known)*  _____
Name

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,608.00** |
|---|---|---|---|

**Straight Edge Striping**
**201 Wilton Avenue**
**Middlesex, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Straussman Construction Co.**
**98 Cutter Mill Rd**
**Great Neck, NY 11021**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2020**
Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strawbridge Professional Center**
**212 New Jersey 38**
**Moorestown, NJ 08057**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-22-2020**
Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strickland Farm COA**
**100 Weathervane Lane**
**Freehold, NJ 07728**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-31-2020**
Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,185.00** |
|---|---|---|---|

**Stripe-A-Lot**
**55 Germay Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Structural Technologies**
**10150 Old Columbia Road**
**Columbia, MD 21046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-26-2020**
Last 4 digits of account number  _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Stryket Heating, Cooling**
**438 Route 22 West**
**Whitehouse Station, NJ 08889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.992**

**Nonpriority creditor's name and mailing address**
**Suffolk County Brake Service**
**862 Lincoln Ave**
**Bohemia, NY 11716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.993**

**Nonpriority creditor's name and mailing address**
**Suffolk Security Systems**
**1515 Youngs Ave, POB 1355**
**Southold, NY 11971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$721.93**

---

**3.994**

**Nonpriority creditor's name and mailing address**
**Summit Falls**
**241 Ridge Road**
**Pompton Lakes, NJ 07442**

Date(s) debt was incurred **9-08-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.995**

**Nonpriority creditor's name and mailing address**
**Summit Woods COA**
**Summit Woods**
**Englewood, NJ 07631**

Date(s) debt was incurred **9-19-2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.996**

**Nonpriority creditor's name and mailing address**
**SUNBELT RENTALS**
**PO BOX 409211**
**Atlanta, GA 30384-9211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,575.62**

---

**3.997**

**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**3128 New Castle Avenue**
**New Castle, DE 19720**

Date(s) debt was incurred **11/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.998**

**Nonpriority creditor's name and mailing address**
**Superior Electric Services Co.**
**3200 Kirkwood Highway**
**Wilmington, DE 19808**

Date(s) debt was incurred **10/30/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Advanced Pavement Group, LLC**
_____
Name

Case number (if known) _____

---

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sutton Plaza Flanders**
**293 Route 206**
**Flanders, NJ 07836**

Date(s) debt was incurred  **7-13-2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sutton Woods COA**
**254 Riveredge Drive**
**Chatham, NJ 07928**

Date(s) debt was incurred  **10/15/2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Symbiotic Salon Systems**
**60 Seaview Blvd.**
**Port Washington, NY 11050**

Date(s) debt was incurred  **1-01-2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Symrise Inc.**
**Account Payable**
**300 North Street**
**Teteboro, NJ 07608**

Date(s) debt was incurred  **1-28-2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1003 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,650.00** |

**T.N.T. Leasing Inc.**
**22 Royal Way**
**Shoreham, NY 11786-1944**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1004 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tamar Commons HOA**
**28 State Highway 33**
**Hamilton Township, NJ 08619**

Date(s) debt was incurred  **1-15-2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tanglewood East**
**909 Ocean Road**
**Point Pleasant, NJ 08742**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Target Property Management**
2215 Old Marlton Pike East Uni
Evesham Township, NJ 08053

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2020

Last 4 digits of account number _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,200.00** |

**TAT TRUCKING, INC.**
3482 WRANGLE HILL ROAD
Bear, DE 19701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |

**TDSP Materials Inc.**
409 Stenton Avenue
Flourtown, PA 19031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Teachers Federal Credit Union**
P.O. Box 9005
Smithtown, NY 11787-9005

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  1-27-2021

Last 4 digits of account number _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ted Dwyer**
5 West Periwinkle Lane
Newark, DE 19711

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  7-23-2020

Last 4 digits of account number _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ted Kestner**
113 Chandler Lane
Wilmington, DE 19807

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  8-21-2020

Last 4 digits of account number _

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,760.70** |

**Tele Cloud, LLC**
1767 U.S. 22 W
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Advanced Pavement Group, LLC**
_____  Case number *(if known)* _____
Name

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,010.23** |

**Telecloud**
**1767 U.S. 22 W**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,951.06** |

**Tep's Power Equipment Co.**
**1007 North High Street**
**Millville, NJ 08332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$242.00** |

**THE  BRIGGS CO.**
**P O BOX 11446**
**Wilmington, DE 19850-1446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,585.05** |

**The  Hose Shop**
**100 New England Avenue**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**The Estates At Half Hollow**
**8 Alley Pond Ct.**
**attn:Deepak Verma**
**Dix Hills, NY 11746**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **8-18-2020**
Last 4 digits of account number _

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$319.88** |

**The Firewood Farm**
**333 Bergen Street**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,663.99** |

**The Maintenance Connection Inc**
**PO Box 6637**
**Scarborough, ME 04070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.102 0 | **Nonpriority creditor's name and mailing address**<br>**The Pelsa Company**<br>**610 Peoples Plaza**<br>**Newark, DE 19702** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,200.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 1 | **Nonpriority creditor's name and mailing address**<br>**The Weeks Lerman Group**<br>**58-38 Page Plac**<br>**Maspeth, NY 11378** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$652.12** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 2 | **Nonpriority creditor's name and mailing address**<br>**Thesing Power Sweeping**<br>**P.O. Box 5655**<br>**Woodbury, NJ 08096** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,422.67** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 3 | **Nonpriority creditor's name and mailing address**<br>**Thomas Ayvazian**<br>**152 Eastridge Drive**<br>**Smyrna, DE 19977** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **9-25-2020**<br>Last 4 digits of account number _ | Basis for the claim: __Potential Warranty Claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 4 | **Nonpriority creditor's name and mailing address**<br>**Tilcon New York Inc**<br>**9 Entin Road**<br>**Parsippany, NJ 07054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$566,022.15** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 5 | **Nonpriority creditor's name and mailing address**<br>**Timberbrooke at Bedminster**<br>**101 Timberbrooke Drive**<br>**Bedminster, NJ 07921** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **10/22/2020**<br>Last 4 digits of account number _ | Basis for the claim: __Potential Warranty Claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 6 | **Nonpriority creditor's name and mailing address**<br>**Tino Trucking 2 LLC**<br>**339 Spring Valley Road**<br>**Old Bridge, NJ 08857** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,737.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.102 7**

**Nonpriority creditor's name and mailing address**
**Tipco Technologies, Inc.**
**11412 Cronhill Drive**
**Owings Mills, MD 21117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,045.27

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
**TJ Surace Construction**
**4607 Ocean Hts. Avenue**
**Mays Landing, NJ 08330**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,155.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
**Tom Altimari**
**164 Ewart Road**
**Avondale, PA 19311**

Date(s) debt was incurred **9-22-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
**Tom Connelly**
**201 Chandler Lane**
**Wilmington, DE 19807**

Date(s) debt was incurred **8-21-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
**Tom Gallagher**
**547 North Ramunno Drive**
**Middletown, DE 19709**

Date(s) debt was incurred **5-28-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
**Tom Healey**
**107 Jayson Road**
**Wilmington, DE 19803**

Date(s) debt was incurred **11/20/2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
**Tom Lion**
**34 Hengst Farm Lane**
**Smyrna, DE 19977**

Date(s) debt was incurred **9-29-2020**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| **3.103 4** | |

**Nonpriority creditor's name and mailing address**

**Tom McMenamin**
**137 Royer Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred  **7-23-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.103 5** | |

**Nonpriority creditor's name and mailing address**

**Toni Hemmerich**
**2614 Longwood Drive**
**Wilmington, DE 19810**

Date(s) debt was incurred  **6-26-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.103 6** | |

**Nonpriority creditor's name and mailing address**

**Town of Newport**
**PO Box 534**
**Newport, NY 13416**

Date(s) debt was incurred  **9-29-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.103 7** | |

**Nonpriority creditor's name and mailing address**

**Town of Rising Sun**
**1 East Main Street**
**Rising Sun, MD 21911**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.103 8** | |

**Nonpriority creditor's name and mailing address**

**Townsende at Flemington**
**c/o Access Property Management**
**4 Walter E Foran Blvd Ste 311**
**Flemington, NJ 08822**

Date(s) debt was incurred  **12/11/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.103 9** | |

**Nonpriority creditor's name and mailing address**

**Traditions at Federal Point**
**c/o Premier Management Assoc.**
**850-870 US Route 1 North**
**North Brunswick, NJ 08902**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _**Potential Warranty Claim**_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor   **Advanced Pavement Group, LLC**
_____     Case number (if known) _____
Name

| 3.104 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$245.04** |
| **Traffic & Safety Signs, Inc.**<br>**703 Terminal Way**<br>**Kennett Square, PA 19348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,245.63** |
| **Traffic Safety Service**<br>**601 Hadly Road**<br>**South Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,493.08** |
| **TRANSAXLE-DELAWARE**<br>**P.O. BOX 83082**<br>**Chicago, IL 60691-3010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$62,238.86** |
| **Trap Rock Industries**<br>**PO Box 419**<br>**Kingston, NJ 08528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,495.70** |
| **Travelers Insurance Co.**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,398.14** |
| **Trawan LLC**<br>**P.O. Box 1276**<br>**Bellmawr, NJ 08099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Trendmaker Homes @Quailbrook**<br>**c/o Preferred Comm Mgt**<br>**35 Clyde Rd. Ste 102**<br>**Somerset, NJ 08873** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __7-29-2020__ | **Basis for the claim:** __Potential Warranty Claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Advanced Pavement Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
**Tri County Building Supplies Inc.**
**1001 Doughty Road**
**Pleasantville, NJ 08232**

Date(s) debt was incurred  **5-27-2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
**TRI STATE BATTERY**
**P O BOX 5808**
**Newark, DE 19714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$779.20**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**
**TRI SUPPLY & EQUIPMENT INC**
**1685 RIVER ROAD**
**New Castle, DE 19720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,695.51**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**
**Tritec Real Estate Company**
**45 Research Way**
**East Setauket, NY 11733**

Date(s) debt was incurred  **12/31/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**
**Trius Inc.**
**458 Johnson Ave, POB 158**
**Bohemia, NY 11716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$925.49**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
**Trotta Tire & Rubber Co. Inc.**
**PO Box 307**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$819.50**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
**Troutman Pepper Hamilton Sande**
**P.O. Box 933652**
**Atlanta, GA 31193-3652**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,724.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Pavement Group, LLC**
_____
Name                                              Case number (if known) _____

| 3.105 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Troy Gardens Apartments**<br>**220 Littleton Road**<br>**Parsippany, NJ 07054** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/24/2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tudor Gardens**<br>**79 Pike Drive**<br>**Suite 1**<br>**Wayne, NJ 07470** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5-15-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,651.92** |
| **U.S. MUNICIPAL SUPPLY INC.**<br>**P.O. BOX 574**<br>**RT#26 SOUTH**<br>**Huntingdon, PA 16652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.52** |
| **UniFirst Corporation**<br>**P.O. Box 650481**<br>**Dallas, TX 75265-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Union Gap Village**<br>**100 N Slope**<br>**Clinton, NJ 08809** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1-08-2021** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Union Park Automotive**<br>**1704 Pennsylvania Avenue**<br>**Wilmington, DE 19806** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **7-31-2020** | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.72** |
| **United Asphalt**<br>**P.O. Box 291**<br>**Cedar Brook, NJ 08018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Advanced Pavement Group, LLC** |
| | Name |

Case number (if known) _____

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.86** |
|---|---|---|---|

**UNITED ELECTRIC SUPPLY**
**P.O. BOX 826788**
**Philadelphia, PA 19182-6788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,188.34** |
|---|---|---|---|

**United Metro Energy**
**500 Kingsland Avenue**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Realty**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **1-01-2021**
Last 4 digits of account number _____

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,358.05** |
|---|---|---|---|

**United Rentals, Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,847.87** |
|---|---|---|---|

**United Site Services**
**P.O. Box 735008**
**Dallas, TX 75373-5008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**University of the Arts**
**320 South Broad Street**
**Philadelphia, PA 19102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-29-2020**
Last 4 digits of account number _____

Basis for the claim: **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,605.82** |
|---|---|---|---|

**USAA**
**Subrogation Department**
**P.O. Box 659476**
**San Antonio, TX 78226-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Utility Line Services** | ☑ Contingent |
| **6634 Delilah Road** | ☑ Unliquidated |
| **Egg Harbor Township, NJ 08234** | ☐ Disputed |
| Date(s) debt was incurred  **1-06-2021** | Basis for the claim:  **Potential Warranty Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

---

**3.106 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **V. Q. Trucking LLC** | ☐ Contingent |
| **51 Charles Street** | ☐ Unliquidated |
| **Bloomfield, NJ 07003** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**$2,425.00**

---

**3.107 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Vail Industrial Supply** | ☐ Contingent |
| **3606 Kennedy Road** | ☐ Unliquidated |
| **South Plainfield, NJ 07080** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**$10,751.59**

---

**3.107 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Valley  Townshhip** | ☑ Contingent |
| **890 West Lincoln Highway** | ☑ Unliquidated |
| **Coatesville, PA 19320** | ☐ Disputed |
| Date(s) debt was incurred  **11/30/2020** | Basis for the claim:  **Potential Warranty Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

---

**3.107 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Valley & Plainfield Associates** | ☑ Contingent |
| **977 Valley Road** | ☑ Unliquidated |
| **Gillette, NJ 07980** | ☐ Disputed |
| Date(s) debt was incurred  **11/17/2020** | Basis for the claim:  **Potential Warranty Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

---

**3.107 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Valley National Bank** | ☑ Contingent |
| **1455 Valley Road** | ☑ Unliquidated |
| **Wayne, NJ 07470** | ☐ Disputed |
| Date(s) debt was incurred  **9-28-2020** | Basis for the claim:  **Potential Warranty Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

---

**3.107 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Van Doren Gulf** | ☑ Contingent |
| **P. O. Box 154** | ☑ Unliquidated |
| **Whitehouse, NJ 08888** | ☐ Disputed |
| Date(s) debt was incurred  **1-28-2021** | Basis for the claim:  **Potential Warranty Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Vanderhaven Farm Village I**
**Doolittle Drve**
**Bridgewater Township, NJ 08807**

Date(s) debt was incurred  10/29/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Vanessa Gill**
**187 Lena Avenue**
**Freeport, NY 11520**

Date(s) debt was incurred  1-13-2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Vanna Baxter**
**5619 Lodge Place**
**Vineland, NJ 08360**

Date(s) debt was incurred  5-29-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Varvaro Construction**
**4026 Ridge Ave.**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred  5-22-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Vaughn College of Aeronautics**
**86-01 23rd Ave**
**East Elmhurst, NY 11369**

Date(s) debt was incurred  7-09-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
**Vehicle Tracking Solutions**
**152 Veterans Memorial Highway**
**Commack, NY 11725**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,585.98**

---

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.108 1 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>P.O. Box 16801<br>Newark, NJ 07101-6801 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.22** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 2 | **Nonpriority creditor's name and mailing address**<br>**Verizon Telephone**<br>PO Box 15124<br>Albany, NY 12212-5124 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$491.98** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 3 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>PO Box 16810<br>Newark, NJ 07101-6810 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,439.68** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 4 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>PO Box 408<br>Newark, NJ 07101-0408 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,782.55** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 5 | **Nonpriority creditor's name and mailing address**<br>**Veteran Construction Utility**<br>12 Union Street<br>Coatesville, PA 19320 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred  3-12-2020 <br>Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 6 | **Nonpriority creditor's name and mailing address**<br>**Viceroy Builders**<br>465 Central Ave<br>Horsham, PA 19044 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred  11/30/2020 <br>Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 7 | **Nonpriority creditor's name and mailing address**<br>**Victor Kurywczak**<br>100 Adams Lane<br>Collegeville, PA 19426 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred  9-30-2020 <br>Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1088**

**Nonpriority creditor's name and mailing address**

**Viera at Hanover**
**101 Viera Drive**
**Cedar Knolls, NJ 07927**

Date(s) debt was incurred  **9-25-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1089**

**Nonpriority creditor's name and mailing address**

**Village at Convent Station**
**c/o Taylor Management Co.**
**P.O. Box 681312**
**Charlotte, NC 28216**

Date(s) debt was incurred  **7-20-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1090**

**Nonpriority creditor's name and mailing address**

**Village Estates**
**127 Knickerbocker Ave**
**Bohemia, NY 11716**

Date(s) debt was incurred  **10/29/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1091**

**Nonpriority creditor's name and mailing address**

**Village of Flowers HOA**
**1 Rockcress Way**
**Langhorne, PA 19047**

Date(s) debt was incurred  **7-28-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1092**

**Nonpriority creditor's name and mailing address**

**Village of Hershey Run**
**1 Hershey Run Drive**
**Wilmington, DE 19804**

Date(s) debt was incurred  **5-30-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1093**

**Nonpriority creditor's name and mailing address**

**Village of Rocky Run**
**114 Lynthwaite Farm Lane**
**Wilmington, DE 19803**

Date(s) debt was incurred  **9-30-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Advanced Pavement Group, LLC**
Name

Case number (if known) _____

---

| 3.109 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Village of Shoreham** | ■ Contingent | |
| **80 Woodville Rd** | ■ Unliquidated | |
| **Shoreham, NY 11786** | ☐ Disputed | |
| Date(s) debt was incurred **7-10-2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Villages at Hamilton** | ■ Contingent | |
| **1 Kingston Blvd** | ■ Unliquidated | |
| **Hamilton, NJ 08690** | ☐ Disputed | |
| Date(s) debt was incurred **11/30/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Vince Barr** | ■ Contingent | |
| **102 Delrem Place** | ■ Unliquidated | |
| **Newark, DE 19711** | ☐ Disputed | |
| Date(s) debt was incurred **5-28-2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Vince Fitzgibbon** | ■ Contingent | |
| **177 Sawmill Road** | ■ Unliquidated | |
| **Landenberg, PA 19350** | ☐ Disputed | |
| Date(s) debt was incurred **9-15-2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |
| **Vincenzo Salubro Landscaping** | ☐ Contingent | |
| **531 Hillside Ave** | ☐ Unliquidated | |
| **Mamaroneck, NY 10543** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,868.00** |
| **VMR Materials Corp.** | ☐ Contingent | |
| **53 Churchill Lane** | ☐ Unliquidated | |
| **Smithtown, NY 11787** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.94** |
| **Vollers** | ☐ Contingent | |
| **P.O. Box 5297** | ☐ Unliquidated | |
| **3311 US Highway #22** | ☐ Disputed | |
| **Somerville, NJ 08876** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**W.B. MASON CO. INC.**
**PO BOX 981101**
**Boston, MA 02298-1101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$439.87**

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**Wanda Randolph**
**122 Portside Court**
**Bear, DE 19701**

Date(s) debt was incurred __9-22-2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Washington Square West, LLC**
**6712 Washington Ave**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred __4-30-2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Wasoff Plumbing & Utility Co.,**
**150 Main Street, TRLR 18**
**Islip, NY 11751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,150.00**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Waste Industries**
**800 East Grand St.**
**Elizabeth, NJ 07201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,947.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**WASTE MASTERS SOLUTIONS**
**19 DAVIDSON LANE**
**New Castle, DE 19720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,013.15**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Wedgewood Knolls COA**
**c/o Wilkin Management Group**
**45 Whitney Road**
**Mahwah, NJ 07430**

Date(s) debt was incurred __9-30-2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Warranty Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Advanced Pavement Group, LLC**                          Case number (if known)
_____
Name

---

| 3.110 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wells Fargo Bank NBOC**
**P.O. Box 193775**
**San Francisco, CA 94119**

Date(s) debt was incurred  9-14-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wells Fargo Vendor Financial**
**Service LLC**
**P.O. Box 070241**
**Philadelphia, PA 19176-0241**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$1,574.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wellspring Church**
**312 Zion Road**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred  5-08-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wellspring Farm**
**318 County Road 537**
**Colts Neck, NJ 07722**

Date(s) debt was incurred  6-05-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**West Bay Construction**
**133 Pleasant Ave.**
**Absecon, NJ 08201**

Date(s) debt was incurred  8-31-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**West Bay Construction**
**133 Pleasant Avenue**
**Absecon, NJ 08201**

Date(s) debt was incurred  8-31-2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**
_____
Name

Case number *(if known)*    _____

---

| 3.111 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **West Bradford Township**<br>**1385 Campus Drive**<br>**Downingtown, PA 19335** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  9-28-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **West Essex Highlands**<br>**c/o Taylor Mangement**<br>**P.O. Box 681312**<br>**Charlotte, NC 28216** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/31/2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **West Nantmeal Township**<br>**455 N. Manor Road**<br>**PO Box 234**<br>**Elverson, PA 19520** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7-31-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Westgate @ Beaver Brook**<br>**c/o Integra Management Corp**<br>**Westgate Drive**<br>**Clinton, NJ 08809** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6-30-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Wheeler Real Estate Investment Trus**<br>**2529 Virginia Beach Blvd**<br>**Virginia Beach, VA 23452** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3-31-2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **White Meadow Lake Association**<br>**100 White Meadow Road**<br>**Rockaway, NJ 07866** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/16/2020 | Basis for the claim:  **Potential Warranty Claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
**WHM Plumbing & Heating Inc**
**WHM Plumbing & Heating Inc**
**6 H Enterprise Drive**
**Setauket, NY 11733**

Date(s) debt was incurred  **12/28/2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
**Wholesale Building Specialties**
**6810 US Highway 9 South**
**Howell, NJ 07731**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,925.32**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
**Wilder Balter Partners Inc.**
**480 Bedford Road**
**Chappaqua, NY 10514**

Date(s) debt was incurred  **11/24/2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
**Wildwood Police Department**
**Attn: Lut. Sean Jordan**
**4400 New Jersey Avenue**
**Wildwood, NJ 08260**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,310.00**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
**William Dickinson**
**125 Croom Mills Drive**
**Hockessin, DE 19707**

Date(s) debt was incurred  **11/30/2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
**William Parr**
**5280 Ascher Road**
**Vineland, NJ 08361**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,537.48**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
**William Rowe**
**3917 Heather Drive**
**Wilmington, DE 19807**

Date(s) debt was incurred  **10/13/2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential Warranty Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Advanced Pavement Group, LLC**

Case number (if known) _____

Name

---

**3.1127**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Williamson Associates** | ■ Contingent | |
| **245 Main Street** | ■ Unliquidated | |
| **Chester, NJ 07930** | ☐ Disputed | |
| Date(s) debt was incurred  10/30/2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1128**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Willoughby Walk Coop Apts, Inc.** | ■ Contingent | |
| **185 Hall St** | ■ Unliquidated | |
| **Brooklyn, NY 11205** | ☐ Disputed | |
| Date(s) debt was incurred  10/29/2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1129**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Winfield Developers** | ■ Contingent | |
| **2162 Dune Drive** | ■ Unliquidated | |
| **Avalon, NJ 08202** | ☐ Disputed | |
| Date(s) debt was incurred  5-12-2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1130**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Winner Premier Collision Center** | ■ Contingent | |
| **520 South Walnut Street** | ■ Unliquidated | |
| **Wilmington, DE 19801** | ☐ Disputed | |
| Date(s) debt was incurred  7-29-2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1131**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,539.92** |
| **Winslow Hot Mix** | ☐ Contingent | |
| **1435 Doughty Road** | ☐ Unliquidated | |
| **Egg Harbor Township, NJ 08234** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1132**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$676.52** |
| **Winter Bros.** | ☐ Contingent | |
| **PO Box 5279** | ☐ Unliquidated | |
| **New York, NY 10008-5279** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1133**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **WMS Realty Inc.** | ■ Contingent | |
| **4 Third Street** | ■ Unliquidated | |
| **New Hyde Park, NY 11040** | ☐ Disputed | |
| Date(s) debt was incurred  12/30/2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Warranty Claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wolf Commercial Real Estate**
951 New Jersey 73
Evesham Township, NJ 08053

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  9-08-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodbridge Commons Condo**
906 Woodbridge Commons Way
Iselin, NJ 08830

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  10/16/2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodcrest Townhome Assoc**
c/o Taylor Management
P.O. Box 681312
Charlotte, NC 28216

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  11/16/2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodhaven Associates LLC**
6805 Woodhaven Blvd
Rego Park, NY 11374

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  9-29-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodmont Place at Palmer**
100 Woodmont Circle
Easton, PA 18045

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  7-23-2020

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodmont Properties**
100 Passaic Ave
Fairfield, NJ 07004-3510

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  1-31-2021

Basis for the claim:  Potential Warranty Claim

Last 4 digits of account number  _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | Advanced Pavement Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Wyngate at Medford**
**75 Moorlinch Blvd**
**Medford, NJ 08055**

Date(s) debt was incurred  11/12/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**XDS**
**PO Box 128**
**Allentown, NJ 08501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **$2,129.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**XPD NJ LLC**
**10 Flores**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  10/27/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Yan Wang**
**225 Athena Court**
**Wilmington, DE 19808**

Date(s) debt was incurred  8-25-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Yiannis Koutsoukos**
**714 Thormby Road**
**Wilmington, DE 19803**

Date(s) debt was incurred  11/20/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Yingnian Shen**
**169 Royer Drive**
**Trappe, PA 19426**

Date(s) debt was incurred  7-23-2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                           **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Warranty Claim

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Pavement Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.114 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zach Zehner** **111 Quintynnes Drive** **Wilmington, DE 19807** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _11/30/2020_ **Last 4 digits of account number** _ | **Basis for the claim:** _Potential Warranty Claim_ Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. | + $ | 9,297,566.59 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | | 5c. | $ | 9,297,566.59 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
| | State the term remaining | **40 months** | **1060 Boot Road Properties, LP** **1060 Boot Rd** **Downingtown, PA 19335** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
| | State the term remaining | **17 Months** | **19-23 West Beech Street, LLC** **19-23 West Beech Street** **Islip, NY 11751** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Rental Agreement** | |
| | State the term remaining | **Month to Month** | **AAA Storage Depot LLC** **1500 Jersey Street** **South Plainfield, NJ 07080** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy (Tail coverage)** | |
| | State the term remaining | | **AssuredPartners Northeast, LLC** **100 Bayliss Road** **Suite 300** **Melville, NY 11747** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1    **Advanced Pavement Group, LLC**                                     Case number *(if known)*
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **41 Months** | **Bruce and Jennifer Easmunt** |
| | List the contract number of any government contract | | **2103 and 2107 East Main Street** |
| | | | **Millville, NJ 08332** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **33 Months** | **Core International LLC** |
| | List the contract number of any government contract | | **24 Farmview Road** |
| | | | **Port Washington, NY 11050** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Separation Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Patricia A. Ventura** |
| | List the contract number of any government contract | | **26 Wyckoff Drive** |
| | | | **Pittstown, NJ 08867** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Stamp Meter ($1,791.73 settlement fee)** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes** |
| | List the contract number of any government contract | | **3001 Summer St.** |
| | | | **Stamford, CT 06926** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **17 Months** | **Roy Realty, LLC** |
| | List the contract number of any government contract | | **2 West Beech Street** |
| | | | **Islip, NY 11751** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Computing Services** | |
|---|---|---|---|
| | State the term remaining | **43 Months** | **salesforce.com, inc.** |
| | List the contract number of any | | **Salesforce Tower** |
| | | | **415 Madison Street, 3rd Floor** |
| | | | **San Francisco, CA 94105** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Advanced Pavement Group, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Phone System (1/1/2019) ($24,686.53)** | |
| | State the term remaining | **11 Months** | **TeleCloud** |
| | List the contract number of any government contract | | **425 Old Newman Rd #202 Frisco, TX 75034** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Contract (6/16/2020) ($15,694.80)** | |
| | State the term remaining | **55 Months** | **Wells Fargo** |
| | List the contract number of any government contract | | **420 Montgomery St. San Francisco, CA 94104** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Contract (1/23/2020) ($7,640.48)** | |
| | State the term remaining | **53 Months** | **Wells Fargo** |
| | List the contract number of any government contract | | **420 Montgomery St. San Francisco, CA 94104** |

**Fill in this information to identify the case:**

Debtor name  **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Pavement Holdings, LLC** | | **CIBC Bank USA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Pavement Holdings, LLC** | | **CIBC Bank USA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Pavement Holdings, LLC** | | **CIBC Bank USA** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Pavement Holdings, LLC** | | **CIBC Bank USA** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Pavement Holdings, LLC** | | **DCCP-Powerhouse Holding, LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Advanced Pavement Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Pavement Holdings, LLC | Joseph J. Tinney, Jr. | ■ D  __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Pavement Holdings, LLC | Michael Kmiec | ■ D  __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Pavement Holdings, LLC | Resolute Capital Partners Fund III, L.P. | ■ D  __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Refined Products Company, Inc. | CIBC Bank USA | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Refined Products Company, Inc. | CIBC Bank USA | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Refined Products Company, Inc. | CIBC Bank USA | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Refined Products Company, Inc. | CIBC Bank USA | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Refined Products Company, Inc. | DCCP-Powerhouse Holding, LLC | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Advanced Pavement Group, LLC** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.14 | **Refined Products Company, Inc.** | **Joseph J. Tinney, Jr.** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|
| 2.15 | **Refined Products Company, Inc.** | **Michael Kmiec** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Refined Products Company, Inc.** | **Resolute Capital Partners Fund III, L.P.** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Advanced Pavement Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/18/2021       x _____
                                Signature of individual signing on behalf of debtor

**Jeffrey T. Varsalone**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy